**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Chhatrala Grand Rapids, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Crowne Plaza Grand Rapids**<br>**NKA  Bhogal Enterprises, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3777408** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**5700 East 28th Street SE**<br>**Grand Rapids, MI 49546**<br>Number, Street, City, State & ZIP Code<br><br>**Kent**<br>County | **Mailing address, if different from principal place of business**<br><br>**23415 Pleasant Meadow Road**<br>**Diamond Bar, CA 91765**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.ihg.com/crowneplaza/hotels/us/en/grand-rapids/grrcp/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 1

Debtor  **Chhatrala Grand Rapids, LLC**　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____　　　　　　　　　　　Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Chhatrala Grand Rapids, LLC**     Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**
   *Check all that apply:*

   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Chhatrala Grand Rapids, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 16, 2019**
MM / DD / YYYY

**X** **/s/ Surinder Bhogal**                                          **Surinder Bhogal**
Signature of authorized representative of debtor            Printed name

Title  **Sole Member and Manager**

**18. Signature of attorney**

**X** **/s/ Mark H. Shapiro**                                         Date **September 16, 2019**
Signature of attorney for debtor                                       MM / DD / YYYY

**Mark H. Shapiro P43134**
Printed name

**Steinberg Shapiro & Clark**
Firm name

**25925 Telegraph Rd.**
**Suite 203**
**Southfield, MI 48033-2518**
Number, Street, City, State & ZIP Code

Contact phone  **248-352-4700**            Email address  **shapiro@steinbergshapiro.com**

**P43134 MI**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Chhatrala Grand Rapids, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Access Point Financial, Inc.**<br>**1 Ravinia Drive**<br>**Suite 900**<br>**Atlanta, GA 30346** | | **Property located at 5700 28th St. SE Grand Rapids, MI and operating as a 3 and 4 story, 320 room full service lodging facility.** | | $10,426,199.81 | $0.00 | $10,426,199.81 |
| **Access Point Financial, Inc.**<br>**1 Ravinia Drive**<br>**Suite 900**<br>**Atlanta, GA 30346** | | **Hotel equipment, furniture, fixtures, etc.** | | $4,839,225.17 | $0.00 | $4,839,225.17 |
| **American Hotel Register**<br>**PO Box 206720**<br>**Dallas, TX 75320-6720** | | | | | | $14,951.31 |
| **AmTrust North America**<br>**PO Box 6939**<br>**Cleveland, OH 44101-1939** | | | | | | $16,140.00 |
| **Cadillac Coffee Company**<br>**PO Box 932249**<br>**Cleveland, OH 44193** | | | | | | $6,683.38 |
| **Cascade Charter Twp.**<br>**Kenneth B. Pierce, Treasurer**<br>**2865 Thornhills Ave SE**<br>**Grand Rapids, MI 49546-7140** | | | | | | $48,309.00 |

Debtor **Chhatrala Grand Rapids, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cascade Rental Center  6410 East Fulton  Grand Rapids, MI 49546 | | | | | | $4,464.24 |
| DTE Energy  PO Box 740786  Cincinnati, OH 45274-0786 | | | | | | $3,964.29 |
| Edward Don & Company  2562 Paysphere Circle  Chicago, IL 60674 | | | | | | $10,342.60 |
| Gordon Food Service  PO Box 88029  Chicago, IL 60680-1029 | | Trade debt | | | | $26,044.40 |
| Alesia Renee Griffin  18636 Robson St.  Detroit, MI 48235 | | | | | | $4,098.00 |
| HD Supply Facilities Maintenan  PO Box 509058  San Diego, CA 92150-9058 | | | | | | $8,567.94 |
| Intercontinental Hotel Group  PO Box 101074  Atlanta, GA 30392-1074 | | | | | | $148,063.77 |
| ITA Inc.  ITA Audio Visual Solutions  PO Box 633194  Cincinnati, OH 45263-3194 | | | | | | $6,535.80 |
| Kent County Treaurer  300 Monroe NW  PO Box Y  Grand Rapids, MI 49503 | | | | | | $23,827.97 |
| Marshall Hotels & Resorts Inc.  1315 South Division Street  Salisbury, MD 21804 | | | | | | $61,360.21 |

Debtor **Chhatrala Grand Rapids, LLC**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Otis Elevator Company** PO Box 73579 Chicago, IL 60673-7579 | | | | | | $5,729.48 |
| **Quality Air Heating & Cooling** 3395 Kraft S.E. Grand Rapids, MI 49512 | | | | | | $8,021.08 |
| **Shiva Management, Inc.** 3276 Rosecrans St. Ste. 204 San Diego, CA 92110 | | **Property located at 5700 28th St. SE Grand Rapids, MI and operating as a 3 and 4 story, 320 room full service lodging facility.** | | $2,088,027.40 | $0.00 | $2,088,027.40 |
| **Traveling Teams** PO Box 771954 Detroit, MI 48277-1954 | | | | | | $5,728.50 |

# United States Bankruptcy Court
## Western District of Michigan

In re  **Chhatrala Grand Rapids, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Surinder Bhogal**<br>**23415 Pleasant Meadow Road**<br>**Diamond Bar, CA 91765** | | | member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member and Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 16, 2019**

Signature  **/s/ Surinder Bhogal**  
**Surinder Bhogal**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Michigan

In re  **Chhatrala Grand Rapids, LLC**                     Case No.
                          Debtor(s)                        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member and Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 16, 2019**              **/s/ Surinder Bhogal**
                                           **Surinder Bhogal**/**Sole Member and Manager**
                                           Signer/Title

A & T SOFT WATER, INC.
6450 SHEARER ROAD
GREENVILLE MI 48838


AAA
AAA  MAIL STOP 2
1000 AAA DRIVE
LAKE MARY FL 32746-5063


ACCESS POINT FINANCIAL, INC.
1 RAVINIA DRIVE
SUITE 900
ATLANTA GA 30346


ACTION PLUMBING & MECHANICAL,
1134 MORREN COURT
WAYLAND MI 49348


AIRGAS NATIONAL CARBONATION
WELLS FARGO
PO BOX 602792
CHARLOTTE NC 28260-2792


AIRGAS USA, LLC
PO BOX 802576
CHICAGO IL 60680


MICHAEL D. ALMASSIAN
KELLER & ALMASSIAN, PLC
230 FULTON STREET, EAST
GRAND RAPIDS MI 49503


AMERICAN CONSUMER SHOWS
6901 JERICHO TPKE.
SUITE 250
SOUTHOLD NY 11971-4626


AMERICAN HOTEL REGISTER
PO BOX 206720
DALLAS TX 75320-6720


AMTRUST NORTH AMERICA
PO BOX 6939
CLEVELAND OH 44101-1939

ARROWWASTE, INC.
PO BOX 828
JENISON MI 49429


AT&T
PO BOX 5091
CAROL STREAM IL 60197-5091


BEST CLEANERS
5925 D 28TH STREET
GRAND RAPIDS MI 49546


CADILLAC COFFEE COMPANY
PO BOX 932249
CLEVELAND OH 44193


CASCADE CHARTER TWP.
KENNETH B. PIERCE, TREASURER
2865 THORNHILLS AVE SE
GRAND RAPIDS MI 49546-7140


CASCADE RENTAL CENTER
6410 EAST FULTON
GRAND RAPIDS MI 49546


CHAMP SPORTS TRAVEL, LLC
1760 DOROTHEA RD.
BERKLEY MI 48072


CLEAR CHANNEL AIRPORTS
PO BOX 847247
DALLAS TX 75284-7247


COCA-COLA DISTRIBUTION
PO BOX 809082
CHICAGO IL 60680-9082


COURTESY PRODUCTS
PO BOX 840020
KANSAS CITY MO 64184-0020


COZZINI BROS., INC.
350 HOWARD AVE.
DES PLAINES IL 60018

```
CURTIS EQUIPMENT CO.
1410 W. MAIN
PO BOX 209
LOWELL MI 49331


CUT ACRE LAWN CARE
303 S. HARDWICK DR. SW
GRAND RAPIDS MI 49548


DELTA HOTELS- GRAND RAPIDS AIR
3333 28TH STREET SE
GRAND RAPIDS MI 49512


DELTA LIGHTING PRODUCTS INC.
2570 METROPOLITAN DRIVE
FEASTERVILLE TREVOSE PA 19053


DORMAKABA CANADA, INC.
PO BOX 896502
CHARLOTTE NC 28289-6502


DOW JONES & CO.
WALL ST JRNL OR BARRONS
PO BOX 4137
NEW YORK NY 10261-4137


DTE ENERGY
PO BOX 740786
CINCINNATI OH 45274-0786


EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
CHICAGO IL 60674


EXPERIENCE GRAND RAPIDS
ATTN: ASSESSMENT
171 MONROE AVE., NW SUITE 545
GRAND RAPIDS MI 49503


FIELD'S FIRE PROTECTION
4303 40TH STREET SE
PO BOX 5935
GRAND RAPIDS MI 49512
```

```
FISH WINDOW CLEANING
PO BOX 723
GRANDVILLE MI 49468


GLSCO
PO BOX 9
NEW BALTIMORE MI 48047


GORDON FOOD SERVICE
PO BOX 88029
CHICAGO IL 60680-1029


GRAINGER
DEPT. 886984364
PALATINE IL 60038-0001


GREEN HOME CLEANING & RESTORAT
2952 FINGERS DRIVE NE
GRAND RAPIDS MI 49525-1100


GREENLEAF COMPACTION, INC.
DEPT. #2008
PO BOX 29661
PHOENIX AZ 85038-9661


ALESIA RENEE GRIFFIN
18636 ROBSON ST.
DETROIT MI 48235


H. WRITERS LLC



HD SUPPLY FACILITIES MAINTENAN
PO BOX 509058
SAN DIEGO CA 92150-9058


G. WILSON HORDE, III
BURR & FORMAN, LLP
171 SEVENTEENTH ST., NW
STE. 1100
ATLANTA GA 30363


HOSPITALITY WIFI
520 E. MONTFORD AVENUE
ADA OH 45810
```

```
HOTEL CREDIT ASSOCIATION
PO BOX 459
GRAFTON IL 62037


INNERWORKINGS
ATTN. ACCOUNTS RECEIVABLE
7503 SOLUTIONS CENTER
CHICAGO IL 60677-7005


INTERCONTINENTAL HOTEL GROUP
PO BOX 101074
ATLANTA GA 30392-1074


INTERMEDIA.NET INC.
PO BOX 398897
SAN FRANCISCO CA 94139-8897


ITA INC.
ITA AUDIO VISUAL SOLUTIONS
PO BOX 633194
CINCINNATI OH 45263-3194


KENT COUNTY TREAURER
300 MONROE NW
PO BOX Y
GRAND RAPIDS MI 49503


KINGSLAND ACE HARDWARE
6549 28TH STREET SE
GRAND RAPIDS MI 49546-6992


LAWSON PRODUCTS, INC.
PO BOX 809401
CHICAGO IL 60680-9401


LESLIE'S POOLMART, INC.
PO BOX 501162
SAINT LOUIS MO 63150-1162


LIFESTYLES MEDIA GROUP, LLC
PO BOX 51300
PHOENIX AZ 85076
```

```
M3 ACCOUNTING SERVICES, INC.
1715 N BROWN ROAD
BLDG A, SUITE 200
LAWRENCEVILLE GA 30043


MARSHALL HOTELS & RESORTS INC.
1315 SOUTH DIVISION STREET
SALISBURY MD 21804


MARY FREE BED WHEELCHAIR & ADA
ATTN:  JEO PANTOJA
235 WEALTHY ST. SE
GRAND RAPIDS MI 49503


MAURER'S TEXTILE RENTAL SERVIC
PO BOX 515
DEWITT MI 48820


MICHIGAN SOCIETY OF ASSN EXECS
1350 HASLETT ROAD
EAST LANSING MI 48823


MILTECH INC
3776 DIVISION AVENUE
WAYLAND MI 49348


MODEL COVERALL SERVICE INC
PO BOX 8037
GRAND RAPIDS MI 49518


MODEL FIRST AID SAFETY & TRAIN
PO BOX 8037
GRAND RAPIDS MI 49518


MOOD MEDIA
PO BOX 71070
CHARLOTTE NC 28272-1070


MY TBD SPORTS LLC
PO BOX 664
ANKENY IA 50021


NICHOLS PAPER & SUPPLY CO.
2647 MOMENTUM PLACE
CHICAGO IL 60689-5326
```

```
OFFICE DEPOT
PO BOX 633301
CINCINNATI OH 45263-3301


OTIS ELEVATOR COMPANY
PO BOX 73579
CHICAGO IL 60673-7579


PITNEY BOWES
PO BOX 371896
PITTSBURGH PA 15250-7896


PM ENGRAVING COMPANY
4621 CLYDE PARK SW
WYOMING MI 49509


PROFESSIONAL TRAVEL & DOLPHIN
2850 THORNHILLS AVE SE
GRAND RAPIDS MI 49546


PSE EVENT HOUSING LLC
DEPT. 5081
PO BOX 4110
WOBURN MA 01888-4110


QUALITY AIR HEATING & COOLING
3395 KRAFT S.E.
GRAND RAPIDS MI 49512


QUALITY DRAFT SYSTEMS
3876 EAST PARIS SE
UNIT 16
GRAND RAPIDS MI 49512


QUALITY POOL & SPA INC
3100 BROADMOOR SE
GRAND RAPIDS MI 49512


QUORE SYSTEMS LLC
5000 MERIDIAN BLVD., SUITE 400
FRANKLIN TN 37067


ROOMROSTER LLC
PO BOX 4598
CAROL STREAM IL 60197-4598
```

ANDREA SHARP


SHIVA MANAGEMENT, INC.
3276 ROSECRANS ST.
STE. 204
SAN DIEGO CA 92110


SIR SPEEDY
4513 - A BROADMOOR SE
GRAND RAPIDS MI 49512


SITTING PRETTY GRAND RAPIDS LL
7073 WILLARD AVE SE
GRAND RAPIDS MI 49548


SOC OF GOVT MTG PROFESSIONALS
3337 DUKE ST.
ALEXANDRIA VA 22314


SONIFI SOLUTIONS INC
PO BOX 505225
SAINT LOUIS MO 63150-5225


TEAM FINANCIAL GROUP INC
650 THREE MILE RD NW
SUITE 200
GRAND RAPIDS MI 49544


THE EMBROIDERY HOUSE INC
HARDWOODS PRINT & ADVERTISING
2688 EDWARD
JENISON MI 49428


TRAVELING TEAMS
PO BOX 771954
DETROIT MI 48277-1954


USA TODAY
PO BOX 677446
DALLAS TX 75267-7446


VISTAR
PO BOX 784866
PHILADELPHIA PA 19178-4866

```
VOSS LIGHTING
ATTN:  ACCOUNTS RECEIVABLE
PO BOX 22159
LINCOLN NE 68542-2159


WEST MI HISPANIC CHAMBER OF CO
2007 DIVISION AVE. S
GRAND RAPIDS MI 49507


WHITE STAR TOUR INC
26 E. LANCASTER AVE.
READING PA 19607


WHITECAPS PROF BASEBALL
PO BOX 428
COMSTOCK PARK MI 49321


WYOMING KENTWOOD AREA CHAMBER
4415 BYRON CENTER AVE. SW
WYOMING MI 49519
```

# United States Bankruptcy Court
### Western District of Michigan

In re  **Chhatrala Grand Rapids, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Chhatrala Grand Rapids, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 16, 2019**  
Date

/s/ Mark H. Shapiro  
**Mark H. Shapiro P43134**  
Signature of Attorney or Litigant  
Counsel for **Chhatrala Grand Rapids, LLC**  
**Steinberg Shapiro & Clark**  
**25925 Telegraph Rd.**  
**Suite 203**  
**Southfield, MI 48033-2518**  
**248-352-4700 Fax:248-352-4488**  
**shapiro@steinbergshapiro.com**