United States Bankruptcy Court
WESTERN DISTRICT OF MICHIGAN

CHAMBERS OF
JOHN T. GREGG
BANKRUPTCY JUDGE

TELEPHONE
616-456-2233

ONE DIVISION AVENUE NORTH
GRAND RAPIDS, MICHIGAN 49503

September 16, 2019

**VIA CM/ECF**

Mr. Mark H. Shapiro, Esq.
Steinberg Shapiro & Clark
25925 Telegraph Road
Suite 203
Southfield, MI 48033-2518

      Re:    *In re Chhatrala Grand Rapids, LLC*, Case No. 19-03908 (Bankr. W.D. Mich.)
            *In re Bhogal Enterprises, LLC*, Case No. 19-03909 (Bankr. WD. Mich.)

Dear Mr. Shapiro:

      On September 16, 2019, Chhatrala Grand Rapids, LLC and Bhogal Enterprises, LLC filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. Both cases were assigned to me as presiding judge.

      Thereafter, Mr. A. Todd Almassian, Esq. filed a notice of appearance on behalf of Access Point Financial, LLC, which appears to be a significant creditor in at least one of the cases. I write to disclose to you and other parties in interest in the above-referenced cases that I am scheduled to participate on a panel with Mr. Almassian on September 27, 2019 at the Bankruptcy Bootcamp, an educational program sponsored by the Federal Bar Association – Bankruptcy Section. Additional information regarding the program is available on the court's website.

      Please be aware that I do not intend to take any further action beyond this disclosure absent a formal request filed on the docket(s) by a party in interest. Instead, this letter is being transmitted solely for purposes of disclosure.

                                                                Sincerely,

                                                               John T. Gregg
                                                               United States Bankruptcy Judge

cc:    Matthew W. Cheney, Esq. (via CM/ECF)