# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re:  Chhatrala Grand Rapids, LLC,<br>         *dba* Crowne Plaza Grand Rapids<br>         *nka* Bhogal Enterprises, LLC<br><br>         Debtor.<br>  _____ / | Chapter 11 Bankruptcy Proceeding<br>Filed:  September 16, 2019<br>Case No.  19-03908-jtg<br>Hon. John T. Gregg |
| In Re:  Bhogal Enterprises, LLC,<br>         *fka* Chhatrala Grand Rapids, LLC<br>         *dba* Crowne Plaza Grand Rapids<br><br>         Debtor.<br>  _____ / | Chapter 11 Bankruptcy Proceeding<br>Filed:  September 16, 2019<br>Case No.  19-03909-jtg<br>Hon. John T. Gregg |

## CREDITOR ACCESS POINT FINANCIAL, LLC'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(b) AND 11 U.S.C. § 305 <u>WITH PREJUDICE</u>

Creditor, Access Point Financial, LLC, by and through its counsel, Keller & Almassian, PLC, hereby moves this Court for entry of an order dismissing this Chapter 11 proceeding pursuant to 11 U.S.C. § 1112(b) and 11 U.S.C. § 305, with prejudice.  In support of this Motion, Plaintiff relies on the accompanying brief which is incorporated by reference.

Creditor further requests that a hearing be scheduled on this Motion as soon as practicable.

                                          Respectfully submitted,
                                          KELLER & ALMASSIAN, PLC
                                          Attorneys for Access Point Financial, LLC

Dated: September 17, 2019              /s/ A. Todd Almassian
                                          A.Todd Almassian (P55467)
                                          Michael D. Almassian (P61478)
                                          Greg J. Ekdahl (P67768)
                                          Keller & Almassian, PLC
                                          230 East Fulton Street
                                          Grand Rapids, MI 49503
                                          (616) 364-2100