UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

CHHATRALA GRAND RAPIDS, LLC[1],

    Debtor.

_____)

Chapter 11
Case No. 19-03908-jtg
Hon. John T. Gregg
(Jointly Administered)

## CERTIFICATE OF NO RESPONSE

**CHHATRALA GRAND RAPIDS, LLC and BHOGAL ENTERPRISES, LLC**, Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases, through their counsel, Steinberg Shapiro & Clark, certifies that more than 1**7** days have passed since it filed and served its Motion for Authority to Continue/Establish Cash Management Procedures, Including Limited Use of Existing Bank Accounts and Use of Management Company (Case No. 19-03908, Docket No. 111; Case No. 19-03909, Docket No. 92), and that no responses or objections have been timely filed. Accordingly, the court may enter the proposed Order Granting Debtors' Motion for Authority to Continue/Establish Cash Management Procedures, Including Limited Use of Existing Bank Accounts and Use of Management Company without a hearing.

                              STEINBERG SHAPIRO & CLARK

                              /s/ Mark H. Shapiro (P43134)
                              Attorneys for Debtor
                              25925 Telegraph Road, Suite 203
                              Southfield, MI 48033
                              248-352-4700
Date: October 29, 2019          shapiro@steinbergshapiro.com

---

[1] The Debtors in these jointly administered proceedings are: Chhatrala Grand Rapids, LLC; and Bhogal Enterprises, LLC, Case No. 19-03909.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

CHHATRALA GRAND RAPIDS, LLC[1],

    Debtor.

_____)

Chapter 11
Case No. 19-03908-jtg
Hon. John T. Gregg
(Jointly Administered)

**ORDER GRANTING DEBTORS' MOTION FOR AUTHORITY TO CONTINUE/ESTABLISH CASH MANAGEMENT PROCEDURES, INCLUDING LIMITED USE OF EXISTING BANK ACCOUNTS AND USE OF MANAGEMENT COMPANY**

This matter came before the Court on the Debtors' Motion for authority to continue/establish cash management procedures, including limited use of existing bank accounts and use of management company. Notice was properly served on all parties in interest and the Court is advised that no objections or responses were filed or served. The Court being otherwise fully advised in this matter finds good cause for granting the relief requested by the Debtors.

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** as follows:

1. The Debtor is authorized to leave its prepetition ('Operating', ending in #4372 and 'Liquor', ending in # 5841) bank accounts with Bank of America open, and shall not be required to open new DIP bank accounts. The Debtor shall, however, obtain new checks for the existing accounts, which shall bear the designation "Debtor In Possession Case No. 19-03908" on all postpetition checks cut from the accounts;

---

[1] The Debtors in these jointly administered proceedings are: Chhatrala Grand Rapids, LLC; and Bhogal Enterprises, LLC, Case No. 19-03909.

2. The Debtors shall cooperate with the US Trustee and Access Point Financial to allow 'view only' access to any and all accounts they maintain at Bank of America;

3. The Debtors are authorized to allow its prepetition management company, Marshall Hotels & Resorts, Inc. ("Marshall"), to resume its prepetition role in handling the Debtors' payables, limited/modified as indicated herein. Specifically, the Debtors will resume transferring funds to the PNC account maintained by Marshall, and Marshall will use the funds received to pay the Debtors' obligations. The only digressions from the previous arrangement are that: (1) Only the Debtor, its principals and employees will have the ability to transfer funds from the Debtors' accounts to the Marshall PNC account; (2) Checks issued from the Marshall PNC account will bear the designation "Debtor In Possession Case No. 19-03908"; and (3) Statements from the PNC account, along with the check register and reconciliation of the account will be included in the MORs filed by the Debtor.

4. In the event the Debtors' Motions for Substantive Consolidation, filed on September 16, 2019, are not granted at the hearing set for October 23, 2019, the Debtors are authorized to transfer any accumulated funds in the Bhogal Operating account to the Chhatrala Operating Account, as the rightful owner of the funds, and to use those funds to pay expenses of the operation of the Debtors' business.