UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

CHHATRALA GRAND RAPIDS, LLC[1],

       Debtor.

_____)

Chapter 11

Case No. 19-03908-jtg
Hon. John T. Gregg
(Jointly Administered)

## DEBTORS' MOTION TO ESTABLISH CLAIMS BAR DATE(S)

**CHHATRALA GRAND RAPIDS, LLC and BHOGAL ENTERPRISES, LLC,**

Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases, through their counsel, Steinberg Shapiro & Clark, respectfully move this Court for approval of the following Motion and in support thereof, state the following:

### The Parties

1.     On September 16, 2019 (the "Commencement Date"), Chhatrala Grand Rapids, LLC and Bhogal Enterprises, LLC, commenced with this Court voluntary cases under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are authorized to continue to operate their business and manage their property as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

2.     Chhatrala Grand Rapids, LLC ("Chhatrala") and Bhogal Enterprises, LLC ("Bhogal", and collectively "Debtors") operate as the Crowne Plaza Grand Rapids, a 320-room full-service hotel built in 1980.  Chhatrala was acquired by its current owners in October 2017

---

[1] The Debtors in these jointly administered proceedings are: Chhatrala Grand Rapids, LLC; and Bhogal Enterprises, LLC, Case No. 19-03909.

when they purchased its equity. The property features all traditional services of an upscale hotel of this size, and other amenities, including a restaurant, lounge, fitness facility, indoor/outdoor swimming pool, business center, sundries shop and meeting spaces.  The hotel is in an ideal location, approximately 12 miles from Downtown Grand Rapids and 4.4 miles from the Gerald Ford International Airport.

3.      Consistent with their purchase of the equity of Chhatrala in 2017, Debtors' principals formed Bhogal to acquire the assets and liabilities from Chhatrala.

4.      The Debtors' financial issues are primarily a factor of the cost of improvements required by the Debtors' franchisor, including that the Debtors use certain expensive contractors, and Debtors' inability to fund these improvements.  The inability to fund improvements has capped the amounts the Debtors can charge for rooms, and has impaired the Debtors' ability to service their debt.

5.      The Debtors intend to file a proposed Plan of Reorganization in these proceedings as soon as possible. Initial discussions regarding that plan have focused on a potential sale of the hotel and use of proceeds received in connection with the sale or settlement of avoidance claims to pay creditor claims in full or at as high a prorated percentage as possible.

6.      In order to determine the universe of claims to be asserted in these cases, it is necessary to establish a claims bar date for the cases.

## RELIEF REQUESTED

7.      Pursuant to 11 USC § 1111(a),

> A proof of claim or interest is deemed filed under section 501 of this title for any claim or interest that appears in the schedules filed under section 521(a)(1) or 1106(a)(2) of this title, except a claim or interest that is scheduled as disputed, contingent, or unliquidated.

Similarly, BR 3003(b) states,

2

(1) Schedule of liabilities:

> The schedule of liabilities filed pursuant to § 521(1) of the Code shall constitute prima facie evidence of the validity and amount of the claims of creditors, unless they are scheduled as disputed, contingent or unliquidated. It shall not be necessary for a creditor or equity security holder to file a proof of claim or interest except as provided in subdivision (c)(2) of this rule.

(2) List of equity security holders:

> The list of equity security holders filed pursuant to Rule 1007(a)(3) shall constitute prima facie evidence of the validity and amount of the equity security interests and it shall not be necessary for the holders of such interests to file a proof of interest.

Pursuant to Subsection (c)(2),

> Any creditor or equity security holder whose claim or interest is not scheduled, or scheduled as disputed, contingent, or unliquidated shall file a proof of claim or interest within the time prescribed by subdivision (c)(3) of this rule; any creditor who fails to do so shall not be treated as a creditor with respect to such claim for purposes of voting and distribution.

8.     Notwithstanding the fact that the Debtors have filed Schedules (and amendments to the Schedules in the Chhatrala case) and list(s) of equity security holders and listed only the potential deficiency claims of the secured creditors as the sole disputed, contingent or unliquidated claims in these proceedings, it is possible (and perhaps likely) that creditors may file claims which do not agree with the claims scheduled by the Debtors (including possibly filing claims in the wrong case).   Accordingly, it is necessary that the Court establish a claims bar date in these proceedings so that the Debtors(s) can begin and complete their review of the legitimate claims owed by the estate(s) concurrent with the confirmation of a plan in the case.

9.     Pursuant to BR 3003(c)(3)

> The court shall fix and for cause shown, may extend the time within which proofs of claim or interest may be filed.  Notwithstanding the expiration of such time, a proof of claim may be filed to the extent and under the conditions stated in Rule 3002(c)(2), (c)(3), (c)(4), and (c)(6).

3

The § 341 meeting of creditors in this case occurred on October 22, 2019.  The case has now been pending for forty-five (45) days.  The Debtors propose that a claims bar date for the cases be set sixty (60) days from the date of entry of an order establishing a bar date.  The Debtors submit that a sixty-day deadline for creditors to file proofs of claims and interests will aid in the expeditious administration of these cases, and bring these proceedings to a closure as quickly as possible.

   **WHEREFORE,** the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.


                                    STEINBERG SHAPIRO & CLARK

                                    /s/ Mark H. Shapiro (P43134)
                                    Attorney for Debtors
                                    25925 Telegraph Road, Suite 203
                                    Southfield, MI 48033
                                    248-352-4700
                                    shapiro@steinbergshapiro.com

Date:   December 6, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

CHHATRALA GRAND RAPIDS, LLC[1],

      Debtor.

_____)

Chapter 11

Case No. 19-03908-jtg
Hon. John T. Gregg
(Jointly Administered)

## ORDER ESTABLISHING CLAIMS BAR DATE

Upon the motion (the "**Motion**") of Chhatrala Grand Rapids, LLC and Bhogal Enterprises, LLC, as Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases (the "**Debtors**"),  pursuant to Federal Rules of Bankruptcy Procedure (BR) 3002(c), for entry of an order establishing a deadline for filing proofs of claims and interests in these jointly administered proceedings; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted.

2.      The present Order is not intended to modify or otherwise affect the provisions of 11 USC §§ 1111(a) and/or BR 3003(b).

3.      Pursuant to BR 3003(c), any creditor or equity security holder whose claim or interest is not scheduled, or scheduled as disputed, contingent, or unliquidated shall file a proof of claim or interest within the time prescribed by subdivision (c)(3) of this rule; any creditor who

_____

[1] The Debtors in these jointly administered proceedings are: Chhatrala Grand Rapids, LLC; and Bhogal Enterprises, LLC, Case No. 19-03909.

fails to do so shall not be treated as a creditor with respect to such claim for purposes of voting and distribution.

4.     Pursuant to BR 3003(c)(3), the deadline for parties to file proofs of claims or interests shall be sixty (60) days from the date of entry of the present Order.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

CHHATRALA GRAND RAPIDS, LLC[1],                    Chapter 11
23415 Pleasant Meadow Road                         Case No. 19-03908-jtg
Diamond Bar, CA  91765                             Hon. John T. Gregg
EIN:  xx-xxx7408                                   (Jointly Administered)

      Debtor.
_____)

**NOTICE OF DEBTORS' MOTION TO ESTABLISH CLAIMS BAR DATE**

      **Chhatrala Grand Rapids, LLC and Bhogal Enterprises, LLC,** as Debtors and
Debtors-in-Possession in the above-captioned Chapter 11 cases,  pursuant to Rule 3003(c)(3) of
the Federal Rules of Bankruptcy Procedure, filed a Motion for entry of an order establishing a
deadline for parties to file proofs of claims or interests.

      <u>**Your rights may be affected.**</u> You should read these papers carefully and discuss them with
your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may
wish to consult one.)

If you do not want the court to grant the Motion, or if you want the Court to consider your views
on the Motion, within 14 days from the date of this notice, you or your attorney must:

    1.    File with the court a written objection or request for hearing, explaining your
        position at:[2]

        INTAKE OFFICE
        U.S. Bankruptcy Court
        1 Division Ave., N, Room 200
        Grand Rapids, MI 49503

If you mail your objection or request for hearing to the court for filing, you must mail it early
enough so the Court will receive it on or before the 14 day period expires.  All attorneys are
required to file pleadings electronically.

_____

      [1] The Debtors in these jointly administered proceedings are: Chhatrala Grand Rapids,
LLC; and Bhogal Enterprises, LLC, Case No. 19-03909.
      [2] Objection or request for hearing must comply with F.R. Civ.P. 8(b), (c) and (e)

2.      Mail a copy to:

STEINBERG SHAPIRO & CLARK
c/o Mark H. Shapiro, Esq.
25925 Telegraph Road, Suite 203
Southfield, MI 48033

If an objection or request for hearing is timely filed, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

STEINBERG SHAPIRO & CLARK

/s/ Mark H. Shapiro (P43134)
Attorney for Debtors
25925 Telegraph Road, Suite 203
Southfield, MI 48033
248-352-4700
shapiro@steinbergshapiro.com

Date:   December 6, 2019

2

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

CHHATRALA GRAND RAPIDS, LLC[1],

      Debtor.

_____)

             Chapter 11

             Case No. 19-03908-jtg
             Hon. John T. Gregg
             (Jointly Administered)

**CERTIFICATE OF SERVICE**

      I certify that on December 6, 2019, I served copies as follows:

Documents Served:      Notice of Debtors' Motion to Establish Claims Bar Date

Served Upon:      All parties on attached Official Court Matrices

Method of Service:      First-Class Mail

      /s/ Joy L. Brown, Legal Assistant
      Steinberg Shapiro & Clark
      Attorneys for Debtor
      25925 Telegraph Rd., Suite 203
      Southfield, MI 48033
      (248) 352-4700
      jbrown@steinbergshapiro.com

_____

[1] The Debtors in these jointly administered proceedings are: Chhatrala Grand Rapids, LLC; and Bhogal Enterprises, LLC, Case No. 19-03909.

Label Matrix for local noticing
0646-1
Case 19-03908-jtg
Western District of Michigan
Grand Rapids
Fri Dec  6 09:23:38 EST 2019

A & T Soft Water, Inc.
6450 Shearer Road
Greenville MI 48838-9100

(p)AMERICAN AUTOMOBILE ASSOCIATION  INC
1000 AAA DRIVE MAIL STOP 8
HEATHROW FL 32746-5063

AT&T
PO Box 5091
Carol Stream IL 60197-5091

Access Point Financial LLC
C/O Keller & Almassian PLC
230 East Fulton
Grand Rapids, MI 49503-3211

Access Point Financial, LLC
c/o Keller & Almassian, PLC
230 East Fulton St.
Grand Rapids, MI 49503-3211

Action Plumbing & Mechanical,
1134 Morren Court
Wayland MI 49348-8944

Airgas National Carbonation
Wells Fargo
PO Box 602792
Charlotte NC 28260-2792

Airgas USA, LLC
PO box 802576
Chicago IL 60680-2576

Alesia Renee Griffin
18636 Robson St.
Detroit MI 48235-2809

A. Todd Almassian
Keller & Almassian PLC
230 East Fulton St.
Grand Rapids, MI 49503-3211

AmTrust North America
PO Box 6939
Cleveland OH 44101-1939

American Consumer Shows
6901 Jericho Tpke.
Suite 250
Southold NY 11971-4626

American Hotel Register Company
100 S. Milwaukee Ave.
Vernon Hills, IL 60061-4322

Andrea Sharp
1611 Jefferson Ave SE
Grand Rapids MI 49507-2505

Arrowwaste, Inc.
PO Box 828
Jenison MI 49429-0828

Ascentium Capital
23970 Highway 59 N
Kingwood TX 77339-1535

Bank of America
Business Card
PO Box 15796
Wilmington DE 19886-5796

Robert Bassel
POBox T
Clinton, MI 49236-0018

Best Cleaners
5925 D 28th Street
Grand Rapids MI 49546-6955

Bhavneet and Suriinder Bhogal
23415 Pleasant Meadow Road
Diamond Bar CA 91765-3366

Brower Vander Veen, PLC
800 First Street #357
Muskegon, MI 49440-1112

Steven T. Buquicchio
Varnum Riddering Schmidt & Howlett
Bridgewater Place, PO Box 352
Grand Rapids, MI 49501-0352

CASCADE CHARTER TOWNSHIP
KENNETH B. PEIRCE, TREASURER
2865 THORNHILLS AVE SE
GRAND RAPIDS, MI 49546-7192

Cadillac Coffee Company
PO Box 932249
Cleveland OH 44193-0010

Cascade Charter Twp.
Kenneth B. Pierce, Treasurer
2865 Thornhills Ave SE
Grand Rapids MI 49546-7192

Cascade Rental Center
6410 East Fulton
Grand Rapids MI 49546

Champ Sports Travel, LLC
1760 Dorothea Rd.
Berkley MI 48072-2112

Matthew W. Cheney
Office of the US Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503-2865

Chhatrala Grand Rapids, LLC
23415 Pleasant Meadow Road
Diamond Bar, CA 91765-3366

Clear Channel Airports
PO Box 847247
Dallas TX 75284-7247

Coca-Cola Distribution
PO Box 809082
Chicago IL 60680-9082

Courtesy Products
PO Box 840020
Kansas City MO 64184-0020

Cozzini Bros., Inc.
350 Howard Ave.
Des Plaines IL 60018-1908

Curtis Equipment Co.
1410 W. Main
PO Box 209
Lowell MI 49331-0209

Cut Acre Lawn Care
303 S. Hardwick Dr. SW
Grand Rapids MI 49548-6720

DTE Energy
PO Box 740786
Cincinnati OH 45274-0786

Delta Hotels- Grand Rapids Air
3333 28th Street SE
Grand Rapids MI 49512-1677

Delta Lighting Products Inc.
2570 Metropolitan Drive
Feasterville Trevose PA 19053-6797

Dormakaba Canada, Inc.
PO Box 896502
Charlotte NC 28289-6502

Dow Jones & Co.
Wall St Jrnl or Barrons
PO Box 4137
New York NY 10261-4137

Edward Don & Company
2562 Paysphere Circle
Chicago IL 60674-0001

Greg J. Ekdahl
Keller & Almassian, PLC
230 East Fulton
Grand Rapids, MI 49503-3211

Experience Grand Rapids
Attn:  Assessment
171 Monroe Ave., NW Suite 545
Grand Rapids MI 49503-2694

Field's Fire Protection
4303 40th Street SE
PO Box 5935
Grand Rapids MI 49512-4102

Fish Window Cleaning
PO Box 723
Grandville MI 49468-0723

G. Wilson Horde, III
Burr & Forman, LLP
171 Seventeenth St., NW
Ste. 1100
Atlanta GA 30363-1029

GLSCO
PO Box 9
New Baltimore MI 48047-0009

Stuart A. Gold
Gold Lange & Majoros, PC
24901 Northwestern Hwy #444
Southfield, MI 48075-2223

Gordon Food Service
PO Box 88029
Chicago IL 60680-1029

Brennen J. Gorman
Brower Vander Veen, PLC
800 First St. #357
Muskegon, MI 49443-5017

Grainger
Dept. 886984364
Palatine IL 60038-0001

Green Home Cleaning & Restorat
2952 Fingers Drive NE
Grand Rapids MI 49525-1100

Greenleaf Compaction, Inc.
Dept. #2008
PO Box 29661
Phoenix AZ 85038-9661

HD Supply Facilities Maintenan
PO Box 509058
San Diego CA 92150-9058

Hewlett Packard Financial Serv
200 Connell Drive
Suite 5000
Berkeley Heights NJ 07922-2816

Herman D. Hofman
Varnum LLP
333 Bridge St. NW, Ste. 1700
PO Box 352
Grand Rapids, MI 49501-0352

Holiday Hospitality Franchising, LLC
Alston & Bird LLP
c/o Leib M. Lerner
333 S. Hope Street, 16th Fl.
Los Angeles, CA 90071-1410

Hospitality WiFi
520 E. Montford Avenue
Ada OH 45810-1821

Hotel Credit Association
PO Box 459
Grafton IL 62037-0459

Huntington Bank
801 West Big Beaver Road
Troy MI 48084-4725

ITA Inc.
ITA Audio Visual Solutions
PO Box 633194
Cincinnati OH 45263-3194

InnerWorkings
Attn. Accounts Receivable
7503 Solutions Center
Chicago IL 60677-7005

Intercontinental Hotel Group
PO Box 101074
Atlanta GA 30392-1074

Intermedia.Net Inc.
PO Box 398897
San Francisco CA 94139-8897

Internal Revenue Service
Centralized Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Kent County Treaurer
300 Monroe NW
PO Box Y
Grand Rapids MI 49501-4925

Kingsland Ace Hardware
6549 28th Street SE
Grand Rapids MI 49546-6992

Lawson Products, Inc.
PO Box 809401
Chicago IL 60680-9401

Leonardo Worldwide Corporation
PO Box 311116
Detroit, MI 48231-1116

Leib M. Lerner
Alston & Bird LLP
333 South Hope St 16th Fl
Los Angeles, CA 90071-1410

Leslie's Poolmart, Inc.
PO Box 501162
Saint Louis MO 63150-1162

Lifestyles Media Group, LLC
PO Box 51300
Phoenix AZ 85076-1300

M3 Accounting Services, Inc.
1715 N Brown Road
Bldg A, Suite 200
Lawrenceville GA 30043-8119

MI DEPT OF TREASURY
COLLECTION DIVISION/BANKRUPTCY
PO BOX 30168
LANSING, MI 48909-7668

Marshall Hotels & Resorts Inc.
1315 South Division Street
Salisbury MD 21804-6920

Mary Free Bed Wheelchair & Ada
Attn:  Jeo Pantoja
235 Wealthy St. SE
Grand Rapids MI 49503-5247

Maurer's Textile Rental Servic
PO Box 515
DeWitt MI 48820-0515

Michael S. McElwee
Varnum, Riddering, Schmidt & Howlett
333 Bridge Street, NW, Ste 1700
PO Box 352
Grand Rapids, MI 49501-0352

Devang S. Mehta
Parikh Mehta & Associates
22632 Golden Springs Drive
Suite 110
Diamond Bar, CA 91765-4167

Michael D. Almassian
Keller & Almassian, PLC
230 Fulton Street, East
Grand Rapids MI 49503-3211

Michigan Dept. of Treasury
Tax Collection Enforcement
Bankruptcy Section
Treasury Building
Lansing, MI 48922-0001

Michigan Society of Assn Execs
1350 Haslett Road
East Lansing MI 48823-2823

(p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE
ATTN BANKRUPTCY UNIT
3024 W GRAND BLVD
SUITE 12-100
DETROIT MI 48202-6024

Miltech Inc
3776 Division Avenue
Wayland MI 49348-9757

Model Coverall Service Inc
PO Box 8037
Grand Rapids MI 49518-8037

Model First Aid Safety & Train
PO Box 8037
Grand Rapids MI 49518-8037

Mood Media
PO Box 71070
Charlotte NC 28272-1070

My TBD Sports LLC
PO Box 664
Ankeny IA 50021-0664

Nichols Paper & Supply Co.
2647 Momentum Place
Chicago IL 60689-5326

Office Depot
PO Box 633301
Cincinnati OH 45263-3301

Otis Elevator Company
PO Box 73579
Chicago IL 60673-7579

PM Engraving Company
4621 Clyde Park SW
Wyoming MI 49509-5112

PSE Event Housing LLC
Dept. 5081
PO Box 4110
Woburn MA 01888-4110

Pitney Bowes
PO Box 371896
Pittsburgh PA 15250-7896

Professional Travel & Dolphin
2850 Thornhills Ave SE
Grand Rapids MI 49546-7120

Quality Air Heating & Cooling
3395 Kraft S.E.
Grand Rapids MI 49512-2029

Quality Draft Systems
3876 East Paris SE
Unit 16
Grand Rapids MI 49512-3974

Quality Pool & Spa Inc
3100 Broadmoor SE
Grand Rapids MI 49512-1845

Quore Systems LLC
5000 Meridian Blvd., Suite 400
Franklin TN 37067-6675

Dean E. Rietberg
Trial Attorney
Office of the US Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503-2865

RoomRoster LLC
304 Talbot St.
London ON  N6A 2R4

RoomRoster LLC
PO Box 4598
Carol Stream IL 60197-4598

S & R Custom Builders
23415 Pleasant Meadow Road
Diamond Bar, CA 91765-3366

SECURITIES & EXCHANGE COMM
BANKRUPTCY SECTION
175 W. JACKSON BLVD.
SUITE 900
CHICAGO, IL 60604-2815

Mark H. Shapiro
Steinberg Shapiro & Clark
25925 Telegraph Road, Suite 203
Southfield, MI 48033-2527

Shiva Management LLC
c/o StevenT. Buquicchio
VARNUM LLP
P.O. Boc 352
Grand Rapids, MI 49501-0352

Shiva Management, Inc.
C/O Varnum LLP
P.O. Box 352
Grand Rapids, MI 49501-0352

Sir Speedy
4513 - A Broadmoor SE
Grand Rapids MI 49512-5313

Sitting Pretty Grand Rapids LL
7073 Willard Ave SE
Grand Rapids MI 49548-7359

Soc of Govt Mtg Professionals
3337 Duke St.
Alexandria VA 22314-5219

Sonifi Solutions Inc
PO Box 505225
Saint Louis MO 63150-5225

State of California
Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511

Team Financial Group Inc
650 Three Mile Rd NW
Suite 200
Grand Rapids MI 49544-1624

The Embroidery House Inc
Hardwoods Print & Advertising
2688 Edward
Jenison MI 49428-8187

Traveling Teams
PO Box 771954
Detroit MI 48277-1954

UNITED STATES TRUSTEE
THE LEDYARD BUILDING, 2ND FLOOR
125 OTTAWA NW, SUITE 200R
GRAND RAPIDS, MI 49503-2837

USA Today
PO Box 677446
Dallas TX 75267-7446

Vistar
PO Box 784866
Philadelphia PA 19178-4866

```
Voss Lighting                          Robert F. Wardrop II                    West MI Hispanic Chamber of Co
Attn:  Accounts Receivable             Wardrop & Wardrop, P.C.                  2007 Division Ave. S
PO Box 22159                           300 Ottawa Avenue, N.W., Ste 150         Grand Rapids MI 49507-3013
Lincoln NE 68542-2159                  Grand Rapids, MI 49503-2308
```

```
White Star Tour Inc                    Whitecaps Prof Baseball                  Wyoming Kentwood Area Chamber
26 E. Lancaster Ave.                   PO Box 428                               4415 Byron Center Ave. SW
Reading PA 19607-2693                  Comstock Park MI 49321-0428              Wyoming MI 49519-4800
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AAA                                    Michigan Unemployment Insurance Agency
AAA_ Mail Stop 2                       3024 West Grand Blvd.
1000 AAA Drive                         Tax Office, Suite 12-300
Lake Mary FL 32746-5063                Detroit, MI 48202
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Access Point Financial, LLC         (d)American Automobile Association       (u)Amicus Management, Inc.
c/o Keller & Almassian, PLC            1000 AAA Drive-Mail Stop 8
230 East Fulton                        Heathrow FL 32746-5063
Grand Rapids MI 49503-3211
```

```
(u)Andrea Sharp                        (u)Bhogal Enterprises, LLC               (u)H. Writers LLC
```

```
(u)Holiday Hospitality Franchising, LLC (u)Niki-Alexander Shetty                (d)United States Trustee
                                                                                The Ledyard Building, 2nd Floor
                                                                                125 Ottawa NW, Suite 200R
                                                                                Grand Rapids, MI 49503-2837
```

```
End of Label Matrix
Mailable recipients   125
Bypassed recipients     9
Total                 134
```

Label Matrix for local noticing
0646-1
Case 19-03909-jtg
Western District of Michigan
Grand Rapids
Fri Dec  6 09:23:00 EST 2019

Access Point Financial, Inc.
1 Ravinia Drive
Suite 900
Atlanta GA 30346-2120

Access Point Financial, LLC
c/o Keller & Almassian, PLC
230 East Fulton St.
Grand Rapids, MI 49503-3211

A. Todd Almassian
Keller & Almassian PLC
230 East Fulton St.
Grand Rapids, MI 49503-3211

American Automobile Association
1000 AAA Drive-Mail Stop 8
Heathrow FL 32746-5063

American Hotel Register Company
100 S. Milwaukee Ave.
Vernon Hills, IL 60061-4322

Robert Bassel
POBox T
Clinton, MI 49236-0018

Bhavneet Bhogal
23415 Pleasant Meadow Road
Diamond Bar CA 91765-3366

Bhogal Enterprises, LLC
23415 Pleasant Meadow Road
Diamond Bar, CA 91765-3366

Brower Vander Veen, PLC
800
Muskegon, MI 49443-4944

Steven T. Buquicchio
Varnum Riddering Schmidt & Howlett
Bridgewater Place, PO Box 352
Grand Rapids, MI 49501-0352

Matthew W. Cheney
Office of the US Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503-2865

Greg J. Ekdahl
Keller & Almassian, PLC
230 East Fulton
Grand Rapids, MI 49503-3211

Holiday Hospitality Franchisin
Three Ravinia Dr.
Ste. 100
Atlanta GA 30346-2121

Holiday Hospitality Franchising, LLC
Alston & Bird LLP
c/o Leib M. Lerner
333 S. Hope Street, 16th Fl.
Los Angeles, CA 90071-1410

Intercontinental Hotel Group
PO Box 101074
Atlanta GA 30392-1074

Internal Revenue Service
Centralized Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

Leib M. Lerner
Alston & Bird LLP
333 South Hope St 16th Fl
Los Angeles, CA 90071-1410

MI DEPT OF TREASURY
COLLECTION DIVISION/BANKRUPTCY
PO BOX 30168
LANSING, MI 48909-7668

Michael S. McElwee
Varnum, Riddering, Schmidt & Howlett
333 Bridge Street, NW, Ste 1700
PO Box 352
Grand Rapids, MI 49501-0352

Michigan Dept. of Treasury
Tax Collection Enforcement
Bankruptcy Section
Treasury Building
Lansing, MI 48922-0001

(p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE
ATTN BANKRUPTCY UNIT
3024 W GRAND BLVD
SUITE 12-100
DETROIT MI 48202-6024

Dean E. Rietberg
Trial Attorney
Office of the US Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503-2865

SECURITIES & EXCHANGE COMM
BANKRUPTCY SECTION
175 W. JACKSON BLVD.
SUITE 900
CHICAGO, IL 60604-2815

Mark H. Shapiro
Steinberg Shapiro & Clark
25925 Telegraph Road, Suite 203
Southfield, MI 48033-2527

Shiva Management LLC
c/o StevenT. Buquicchio
VARNUM LLP
P.O. Box 352
Grand Rapids, MI 49501-0352

Surinder Bhogal
23415 Pleasant Meadow Road
Diamond Bar CA 91765-3366

UNITED STATES TRUSTEE
THE LEDYARD BUILDING, 2ND FLOOR
125 OTTAWA NW, SUITE 200R
GRAND RAPIDS, MI 49503-2837

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Michigan Unemployment Insurance Agency
3024 West Grand Blvd.
Tax Office, Suite 12-300
Detroit, MI 48202



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Amicus Management, Inc.              (u)Holiday Hospitality Franchising, LLC      (d)United States Trustee
                                                                                     The Ledyard Building, 2nd Floor
                                                                                     125 Ottawa NW, Suite 200R
                                                                                     Grand Rapids, MI 49503-2837


End of Label Matrix
Mailable recipients    27
Bypassed recipients     3
Total                  30