UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 11 |
| CHHATRALA GRAND RAPIDS, LLC, et al.,[1] | Case No. 19-03908-jtg (Jointly Administered) |
| Debtors. | Honorable John T. Gregg |

### ORDER GRANTING APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM

**THIS MATTER** having come before the Court on the APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM (the "Application"). For good cause shown, the application is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that GFS is allowed an administrative claim against Debtor's estate for the value of the 20-Day Goods delivered to it in the amount of $16,978.24, which shall be paid at the earliest date and at the same percentage as any other allowed administrative claims of equal priority against the Debtor's estate.

---

[1] The Debtors in these jointly administered proceedings are Chhatrala Grand Rapids, LLC, Case No. 19-03908, and Bhogal Enterprises, LLC, Case No. 19-03909.

CO\6326743.1