UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 11 |
| CHHATRALA GRAND RAPIDS, LLC, et al.,[1] | Case No. 19-03908-jtg (Jointly Administered) |
| Debtors. | Honorable John T. Gregg |

## NOTICE OF APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM

Gordon Food Service, Inc., a creditor in the above-captioned case, has filed an application with the Court for allowance and payment of an administrative expense claim of $16,978.24 (the "Application").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the Court to consider your views on the Application, within 14 days from the date of this notice, you or your attorney must:

1. File with the court a written objection or request for hearing, explaining your position at:

    INTAKE OFFICE
    U.S. Bankruptcy Court
    1 Division Ave., N, Room 200
    Grand Rapids, MI 49503

    If you mail your objection or request for hearing to the Court for filing, you must mail it early enough so the Court will receive it on or before the 14 day period expires. All attorneys are required to file pleadings electronically.

2. Mail a copy to:

    Jason M. Torf
    ICE MILLER LLP
    200 W. Madison Street, Suite 3500
    Chicago, IL 60606-3417

---

[1] The Debtors in these jointly administered proceedings are Chhatrala Grand Rapids, LLC, Case No. 19-03908, and Bhogal Enterprises, LLC, Case No. 19-03909.

CO\6326743.1

If an objection or request for hearing is timely filed, the clerk will schedule a hearing on the Application and you will be served with a notice of the date, time and location of the hearing. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.**

Dated:  January 27, 2020						Respectfully submitted,

										/s/ Jason M. Torf
										Jason M. Torf
										John C. Cannizzaro
										ICE MILLER LLP
										200 W. Madison Street, Suite 3500
										Chicago, IL 60606-3417
										Telephone:  (312) 726-6244
										Facsimile:   (312) 726-6214
										Email:          Jason.Torf@icemiller.com

										*Counsel for Gordon Food Service Inc.*