## **CERTIFICATE OF SERVICE**

      I certify that on January 27, 2020, I electronically filed the Application of Gordon Food Service Inc. for Allowance and Payment of Administrative Priority Claim, Proposed Order Granting Same, Notice of Same, and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- **A. Todd Almassian**  ecf@kalawgr.com
- **Robert Bassel**  bbassel@gmail.com, robertbassel@hotmail.com
- **Michael Robert Bell**  BellM1@Michigan.gov, lawrencem5@michigan.gov
- **Steven T. Buquicchio**  stbuquicchio@varnumlaw.com, dkryerson@varnumlaw.com
- **Matthew W. Cheney**  matthew.w.cheney@usdoj.gov
- **Greg J. Ekdahl**  ecf@kalawgr.com, gekdahl@kalawgr.com
- **Stuart A. Gold**  sgold@glmpc.com
- **Herman D. Hofman**  hdhofman@varnumlaw.com, dsbruins@varnumlaw.com
- **Kendra L. Huff**  kendra.huff@nelsonmullins.com
- **Michael S. McElwee**  msmcelwee@varnumlaw.com, mkerffmeyer@varnumlaw.com
- **Dean E. Rietberg**  Dean.E.Rietberg@usdoj.gov
- **Mark H. Shapiro**  shapiro@ssc-law.com, jbrown@ssc-law.com
- **Robert F. Wardrop**  bkfilings@wardroplaw.com, bkrfilings@wardroplaw.com; bkwalfilings@wardroplaw.com

and I hereby certify that on January 27, 2020, I served same on the following parties via first class mail, postage prepaid:

Brennen J. Gorman  
Brower Vander Veen, PLC  
800 First St. #357  
Muskegon, MI 49443

Devang S. Mehta  
Parikh Mehta & Associates  
22632 Golden Springs Drive, Suite 110  
Diamond Bar, CA 91765

Leib M. Lerner  
Alston & Bird LLP  
333 South Hope St 16th Fl  
Los Angeles, CA 90071

Dated:  January 27, 2020

Respectfully submitted,

/s/ Jason M. Torf  
Jason M. Torf  
John C. Cannizzaro  
ICE MILLER LLP  
200 W. Madison Street, Suite 3500  
Chicago, IL 60606-3417  
Telephone:  (312) 726-6244  
Facsimile:  (312) 726-6214  
Email:  Jason.Torf@icemiller.com

*Counsel for Gordon Food Service Inc.*