# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 11 |
| CHHATRALA GRAND RAPIDS, LLC, et al.,[1] | Case No. 19-03908-jtg (Jointly Administered) |
| Debtors. | Honorable John T. Gregg |

## ORDER GRANTING APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM

**THIS MATTER** comes before the Court on the APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM (the "Application"). For good cause shown, the Application is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that GFS is allowed an administrative claim against Debtor's estate for the value of the 20-Day Goods delivered to it in the amount of $16,978.24.

[END OF ORDER]

---

[1] The Debtors in these jointly administered proceedings are Chhatrala Grand Rapids, LLC, Case No. 19-03908, and Bhogal Enterprises, LLC, Case No. 19-03909.

CO \6 38 17 73.1

Signed: February 18, 2020




John T. Gregg
United States Bankruptcy Judge