FORM 1 (6/92)

TRANSMITTAL OF FINANCIAL REPORT AND CERTIFICATION
OF COMPLIANCE WITH OPERATING REQUIREMENTS FOR
THE PERIOD ENDED JUNE 30, 2020

In re:

Chhatrala Grand Rapids, LLC

      Debtor

_____/

Case No. 19-03908-JTG
Chapter 11
Hon. John T. Gregg

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

      Monthly Cash Statement       (Form 5)

and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance as described in Section 4 of the Operating Instructions and Reporting Requirements for Chapter 11 Cases IS/IS NOT in effect; and, (if not, attach written explanation).

3. That all postpetition taxes as described in Sections 1 and 14 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases ARE/ARE NOT current. (if not, attach written explanation).

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization. Explain on separate sheet, if not true.

**I hereby certify, under penalty of perjury, that the information provided herein is true and correct to the best of my information and belief.**

Dated: 7/30/20        *Bhavneet K Bhogal* (signature)

Debtor In Possession

_____Owner_____                              _909 455 2321_
Title                                         Phone

FORM 5 (6/92)

## MONTHLY CASH STATEMENT

Debtor: Chhatrala Grand Rapids, LLC

Statement for the period:
From 6/1/20 - 6/30/20

Case No.: 19-03908-JTG

Cash Activity Analysis (Cash Basis Only):

|    |                                              | Petty Cash | PNC 1838    | PNC 9207   |
|----|----------------------------------------------|------------|-------------|------------|
| A. | Beginning Balance:                           | 11,524.46  | 139,508.30  | 34,057.88  |
| B. | Receipts, Attached separate schedule:        |            | 140,699.31  | -          |
| C. | Balance Available (A + B):                   | 11,524.46  | 280,207.61  | 34,057.88  |
| D. | Less Disbursements Attach separate schedule  | -          | 149,766.94  | 4,098.43   |
| E. | Transfers                                    | -          | -           | -          |
| F. | Ending Balance (C - E):                      | 11,524.46  | 130,440.67  | 29,959.45  |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

PNC 1838

PNC 9207

#375 Crowne Plaza, Grand Rapids, MI   #1045
PNC Transfer Acct                                                     #1060                              PNC Bank
June 2020                                                                                                 Ac
  Acquisition Date   7/1/2018                                                                             Ro

| | Beginning Balance | AmEx | MC/VS | Discover | Cash | | Checks | | JE | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 139,508.30 | - | 6,857.48 | - | 131.00 | | | | x | Credit Card Fees (208600) | | (3,886.18) | 142,610.60 |
| 2 | | 216.98 | 1,271.13 | - | 120.28 | | | | x | HP Lease Payment (47616) | | (687.27) | 143,531.72 |
| 3 | | - | 2,263.85 | - | 312.81 | | | | x | Discover | | (0.34) | 146,108.04 |
| 4 | | 97.92 | 1,539.97 | - | 589.45 | | (10,963.87) | | x | Ascentium Capital Lease-POS Equip (47206) | | (902.14) | 136,469.37 |
| 5 | | 369.30 | 1,541.33 | - | 443.70 | | | | x | 6/4-HP Lease (HPFS) (47616) | | (1,720.74) | 137,102.96 |
| 6 | | - | 2,292.98 | - | 338.76 | | | | x | Voided ck #10002,10641,11316,11392 | 183.51 | | 139,918.21 |
| 7 | | 187.92 | 3,156.16 | - | - | | | | | | | | 143,262.29 |
| 8 | | - | 4,544.38 | - | 11.00 | | (74.62) | | | | | | 147,743.05 |
| 9 | | - | 1,886.01 | 102.70 | 247.89 | | | | | | | | 149,979.65 |
| 10 | | 87.40 | 2,533.90 | - | - | | (21,613.75) | | | | | | 130,987.20 |
| 11 | | 195.50 | 2,052.50 | - | - | | (7,877.12) | | x | Transfer from PNC *9661 (1032) | 21,613.75 | | 146,971.83 |
| 12 | | - | 4,794.70 | - | 210.69 | | | | | | | | 151,977.22 |
| 13 | | 3,139.20 | 885.28 | - | 89.30 | | (3,438.81) | Excise Tax-Kent Co 5% (due 15th) | | | | | 152,652.19 |
| 14 | | - | 2,771.02 | - | 351.94 | | | | | | | | 155,775.15 |
| 15 | | 108.15 | 2,777.41 | - | 9,652.16 | | | | | | | | 168,312.87 |
| 16 | | 212.40 | 579.43 | - | 5.00 | | | | x | ADP PR Wire 6/1-6/15 (cks=6,618.62, DD=21,658.16) | | (28,276.78) | 140,832.92 |
| 17 | | 195.56 | 1,131.45 | - | 171.00 | | (12,355.00) | | | | | | 129,975.93 |
| 18 | | 418.65 | 1,144.75 | - | 8.00 | | (3,736.29) | Sales Tax (due 20th) | x | Voided ck #11460 U.S. Trustees Pymt Ctr | 12,355.00 | | 140,166.04 |
| 19 | | 359.48 | 2,837.14 | - | 585.59 | | (6,619.21) | | | | | | 137,329.04 |
| 20 | | - | 16,030.58 | - | 13.15 | | | | | | | | 153,372.77 |
| 21 | | 358.95 | 2,962.76 | 6.00 | 43.50 | | | | | | | | 156,743.98 |
| 22 | | 10.00 | 1,646.83 | 10.00 | - | | | | x | Booking.com (17431) | | (429.03) | 157,981.78 |
| 23 | | 44.85 | 1,226.43 | - | 164.70 | | | | x | HP Lease Payment (47616) | | (687.27) | 158,730.49 |
| 24 | | 195.50 | 1,592.10 | - | 178.15 | | (2,751.05) | Assessment Tax (due 30th) | | | | | 157,945.19 |
| 25 | | 221.04 | 2,000.92 | - | 430.30 | | | | | | | | 160,597.45 |
| 26 | | 88.32 | 1,363.91 | - | 392.00 | | | | | | | | 162,441.68 |
| 27 | | - | 2,457.61 | - | 93.33 | | | | | | | | 164,992.62 |
| 28 | | - | 3,164.70 | 115.00 | 1,301.72 | | | | | | | | 169,574.04 |
| 29 | | 113.85 | 2,040.07 | 483.90 | 35.85 | | (16,359.44) | | | | | | 155,888.27 |
| 30 | | - | 1,536.93 | - | 403.50 | | | | x | ADP PR Wire 6/16-6/30 (cks=5,838.47, DD=21,229.34) | | (27,067.81) | 130,760.89 |
| 31 | | - | - | - | - | | | | x | Corp Account Analysis Charge | | (320.22) | 130,440.67 |
| | 139,508.30 | 6,620.97 | 82,883.71 | 717.60 | 16,324.77 | - | (85,789.16) | | | | 34,152.26 | (63,977.78) | 130,440.67 |

Taxes
Transfers
OS Payroll Checks          5,838.47
Payroll                   21,229.34
OS Credit Cards           (7,454.45)
OS Cash Deposits          (2,226.40)
Add o/s M3 cks             2,083.03
Total Adj Bal            149,910.66

Bk Stmt Bal 6/30/2020    149,910.66

|  | *3211657184 | | | | *372596746886 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | AmEx |  |  | MC/VS |  | DISC |  |  |  | Cash/Check |  |
|  | 382.95 | 371.65 | 11.30 | 29,659.85 | 28,806.20 | 853.65 | - |  | - | 665.65 | 665.65 | - |
| 1 | - | | - | 6,857.48 | 6,638.59 | 218.89 | - | | - | 131.00 | 131.00 | - |
| 2 | 216.98 | 210.58 | 6.40 | 1,271.13 | 1,224.04 | 47.09 | - | | - | 120.28 | 120.28 | - |
| 3 | - | | - | 2,263.85 | 2,200.35 | 63.50 | - | | - | 312.81 | 312.81 | - |
| 4 | 97.92 | 95.03 | 2.89 | 1,539.97 | 1,490.36 | 49.61 | - | | - | 589.45 | 589.45 | - |
| 5 | 369.30 | 358.41 | 10.89 | 1,541.33 | 1,494.06 | 47.27 | - | | - | 443.70 | 443.70 | - |
| 6 | - | | - | 2,292.98 | 2,227.30 | 65.68 | - | | - | 338.76 | 338.76 | - |
| 7 | 187.92 | 182.38 | 5.54 | 3,156.16 | 2,757.44 | 398.72 | - | | - | - | | - |
| 8 | - | | - | 4,544.38 | 4,441.65 | 102.73 | - | | - | 11.00 | 11.00 | - |
| 9 | - | | - | 1,886.01 | 1,838.89 | 47.12 | 102.70 | 100.39 | 2.31 | 247.89 | 247.89 | - |
| 10 | 87.40 | | 87.40 | 2,533.90 | 2,476.73 | 57.17 | - | | - | - | | - |
| 11 | 195.50 | 274.55 | (79.05) | 2,052.50 | 1,994.26 | 58.24 | - | | - | - | | - |
| 12 | - | | - | 4,794.70 | 4,676.35 | 118.35 | - | | - | 210.69 | 210.69 | - |
| 13 | 3,139.20 | 3,046.59 | 92.61 | 885.28 | 819.21 | 66.07 | - | | - | 89.30 | 89.30 | - |
| 14 | - | | - | 2,771.02 | 2,590.04 | 180.98 | - | | - | 351.94 | 351.94 | - |
| 15 | 108.15 | | 108.15 | 2,777.41 | 2,694.58 | 82.83 | - | | - | 9,652.16 | 9,652.16 | - |
| 16 | 212.40 | 206.13 | 6.27 | 579.43 | 544.72 | 34.71 | - | | - | 5.00 | 5.00 | - |
| 17 | 195.56 | 104.96 | 90.60 | 1,131.45 | 1,115.06 | 16.39 | - | | - | 171.00 | 171.00 | - |
| 18 | 418.65 | 596.09 | (177.44) | 1,144.75 | 1,115.69 | 29.06 | - | | - | 8.00 | | 8.00 |
| 19 | 359.48 | 348.88 | 10.60 | 2,837.14 | 2,762.00 | 75.14 | - | | - | 585.59 | 585.59 | - |
| 20 | - | | - | 16,030.58 | 15,584.07 | 446.51 | - | | - | 13.15 | 13.15 | - |
| 21 | 358.95 | 348.36 | 10.59 | 2,962.76 | 2,880.87 | 81.89 | 6.00 | 5.79 | 0.21 | 43.50 | 43.50 | - |
| 22 | 10.00 | 9.70 | 0.30 | 1,646.83 | 1,471.51 | 175.32 | 10.00 | 9.61 | 0.39 | - | 8.00 | (8.00) |
| 23 | 44.85 | 43.53 | 1.32 | 1,226.43 | 1,189.06 | 37.37 | - | | - | 164.70 | 164.70 | - |
| 24 | 195.50 | | 195.50 | 1,592.10 | 1,441.79 | 150.31 | - | | - | 178.15 | 178.15 | - |
| 25 | 221.04 | 404.25 | (183.21) | 2,000.92 | 1,938.93 | 61.99 | - | | - | 430.30 | 430.30 | - |
| 26 | 88.32 | 85.71 | 2.61 | 1,363.91 | 1,314.11 | 49.80 | - | | - | 392.00 | | 392.00 |
| 27 | - | | - | 2,457.61 | 2,394.00 | 63.61 | - | | - | 93.33 | | 93.33 |
| 28 | - | | - | 3,164.70 | | 3,164.70 | 115.00 | | 115.00 | 1,301.72 | | 1,301.72 |
| 29 | 113.85 | | 113.85 | 2,040.07 | | 2,040.07 | 483.90 | | 483.90 | 35.85 | | 35.85 |
| 30 | - | | - | 1,536.93 | | 1,536.93 | - | | - | 403.50 | | 403.50 |
| 31 | | | | - | | - | | | | - | | - |
|  | 7,003.92 | 6,686.80 | 317.12 | 112,543.56 | 102,121.86 | 10,421.70 | 717.60 | 115.79 | 601.81 | 16,990.42 | 14,764.02 | 2,226.40 |
|  |  | Over/Short | (293.27) |  | Over/Short | (3,680.00) |  | Overshort | (2.91) |  | Over/Short | - |
|  |  | OS Amex | 113.85 |  | OS MC/VS | 6,741.70 |  | OS Discover | 598.90 |  | OS Cash | 2,226.40 |

## Corporate Business
PNC Bank

 **PNC BANK**

**For the Period 05/30/2020 to 06/30/2020**

Primary Account Number ▮▮▮▮▮-1838
Page 1 of 5
Number of enclosures: 0

CHHATRALA GRAND RAPIDS #19-03908
DBA CROWNE PLAZA GRAND RAPIDS
DEBTOR IN POSSESSION
1315 S DIVISION ST
SALISBURY MD 21804-6920

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-800-669-1518
Monday - Friday: 7:30 AM - 8 PM ET
Saturday & Sunday: CLOSED

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at PNC.com/treasury

TDD terminal: 1-800-531-1648
For hearing impaired clients only

### Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at 1-800-762-2035, select 1 for personal account or 2 for a business account, then select option 3.

## Corporate Business Summary
Account number: ▮▮▮▮▮-1838

Chhatrala Grand Rapids #19-03908
DBA Crowne Plaza Grand Rapids
Debtor In Possession

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 157,156.04 | 145,302.22 | 152,547.60 | 149,910.66 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 24 | 14,764.02 |
| ACH Additions | 51 | 108,924.45 |
| Other Additions | 1 | 21,613.75 |
| Total | 76 | 145,302.22 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 67 | 66,528.57 |
| ACH Deductions | 13 | 44,728.11 |
| Other Deductions | 3 | 41,290.92 |
| Total | 83 | 152,547.60 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/30 | 157,156.04 | 06/05 | 161,880.87 | 06/12 | 183,594.04 |
| 06/01 | 160,181.20 | 06/08 | 165,895.41 | 06/15 | 166,192.35 |
| 06/02 | 181,462.56 | 06/09 | 164,167.08 | 06/16 | 172,103.61 |
| 06/03 | 165,187.20 | 06/10 | 182,224.17 | 06/17 | 156,043.08 |
| 06/04 | 168,040.50 | 06/11 | 187,107.09 | 06/18 | 158,913.66 |

Daily Balance continued on next page

# Corporate Business

For 24-hour account information, sign-on to pnc.com/mybusiness/

Corporate Business Account Number: 1838 - continued

For the Period 05/30/2020 to 06/30/2020
Chhatrala Grand Rapids #19-03908
Primary Account Number: 1838
Page 2 of 5

## Daily Balance  - continued

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/19 | 142,492.65 | 06/24 | 159,816.39 | 06/29 | 163,582.61 |
| 06/22 | 145,660.65 | 06/25 | 161,088.33 | 06/30 | 149,910.66 |
| 06/23 | 158,124.61 | 06/26 | 158,440.00 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/03 | 120.28 | Deposit | 001210776 |
| 06/03 | 131.00 | Deposit | 001210778 |
| 06/03 | 138.65 | Deposit | 001210780 |
| 06/03 | 1.70 | Deposit | 001210782 |
| 06/03 | 525.30 | Deposit | 001210784 |
| 06/04 | 312.81 | Deposit | 002007055 |
| 06/08 | 589.45 | Deposit | 003930410 |
| 06/08 | 443.70 | Deposit | 003930412 |
| 06/08 | 338.76 | Deposit | 003930414 |
| 06/11 | 247.89 | Deposit | 003135893 |
| 06/11 | 11.00 | Deposit | 003135895 |
| 06/15 | 210.69 | Deposit | 001143880 |
| 06/15 | 89.30 | Deposit | 001143882 |
| 06/15 | 351.94 | Deposit | 001143884 |
| 06/16 | 9,652.16 | Deposit | 002350812 |
| 06/18 | 5.00 | Deposit | 004562217 |
| 06/18 | 171.00 | Deposit | 004562219 |
| 06/24 | 8.00 | Deposit | 005646121 |
| 06/24 | 585.59 | Deposit | 005646123 |
| 06/24 | 13.15 | Deposit | 005646125 |
| 06/24 | 43.50 | Deposit | 005646127 |
| 06/24 | 164.70 | Deposit | 005646129 |
| 06/26 | 178.15 | Deposit | 002148480 |
| 06/26 | 430.30 | Deposit | 002148482 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/01 | 1,280.42 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020153012055326 |
| 06/01 | 1,157.77 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020153010532984 |
| 06/01 | 858.48 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020153012055574 |
| 06/02 | 23,238.30 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020153015040160 |
| 06/03 | 2,271.23 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020154010381969 |
| 06/03 | 371.65 | Corporate ACH Settlement American Express 3211657184 | 00020154008303332 |

ACH Additions continued on next page

# Corporate Business

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 05/30/2020 to 06/30/2020**
Chhatrala Grand Rapids #19-03908
Primary Account Number ███-1838
Page 3 of 5

Corporate Business Account Number: ███-1838 - continued

## ACH Additions - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 06/04 | 6,638.59 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201555005673477 |
| 06/05 | 1,224.04 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201556010699605 |
| 06/08 | 210.58 | Corporate ACH Settlement<br>American Express 3211657184 | 000201557003619204 |
| 06/08 | 2,200.35 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201560006296635 |
| 06/08 | 1,494.06 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201560007914341 |
| 06/08 | 1,490.36 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201560007914094 |
| 06/08 | 95.03 | Corporate ACH Settlement<br>American Express 3211657184 | 000201560006675979 |
| 06/09 | 2,227.30 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201560009304816 |
| 06/09 | 358.41 | Corporate ACH Settlement<br>American Express 3211657184 | 000201560008599596 |
| 06/10 | 2,757.44 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201561003506270 |
| 06/11 | 4,441.65 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201562009418006 |
| 06/11 | 182.38 | Corporate ACH Settlement<br>American Express 3211657184 | 000201562007009265 |
| 06/12 | 1,838.89 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201563004446465 |
| 06/12 | 100.39 | Corporate ACH Settlement<br>Discover Network 601100129646220 | 000201563003509573 |
| 06/15 | 4,676.35 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201567012328649 |
| 06/15 | 2,476.73 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201567010610946 |
| 06/15 | 1,994.26 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201567012328396 |
| 06/15 | 274.55 | Corporate ACH Settlement<br>American Express 3211657184 | 000201567011021808 |
| 06/16 | 819.21 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201567015063114 |
| 06/17 | 2,590.04 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201568009276390 |
| 06/17 | 3,046.59 | Corporate ACH Settlement<br>American Express 3211657184 | 000201568007782133 |
| 06/18 | 2,694.58 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201569004936397 |
| 06/19 | 544.72 | Corporate ACH Deposit<br>BofA Merch Svcs 372596746886 | 000201570009080378 |
| 06/19 | 104.96 | Corporate ACH Settlement<br>American Express 3211657184 | 000201570009139484 |

ACH Additions continued on next page

# Corporate Business

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 05/30/2020 to 06/30/2020**
Chhatrala Grand Rapids #19-03908
Primary Account Number: ▒-1838
Page 4 of 5

Corporate Business Account Number: ▒-1838 - continued

## ACH Additions  - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 06/22 | 206.13 | Corporate ACH Settlement American Express 3211657184 | 00020171001938090 |
| 06/22 | 2,762.00 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020174006362385 |
| 06/22 | 1,115.69 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020174006362137 |
| 06/22 | 1,115.06 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020174004542626 |
| 06/22 | 596.09 | Corporate ACH Settlement American Express 3211657184 | 00020174004891871 |
| 06/23 | 15,584.07 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020174007747278 |
| 06/23 | 348.88 | Corporate ACH Settlement American Express 3211657184 | 00020174007083760 |
| 06/24 | 2,880.87 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020175002730250 |
| 06/24 | 5.79 | Corporate ACH Settlement Discover Network 601100129646220 | 00020175001924926 |
| 06/25 | 1,471.51 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020176008080004 |
| 06/25 | 348.36 | Corporate ACH Settlement American Express 3211657184 | 00020176005499384 |
| 06/25 | 9.61 | Corporate ACH Settlement Discover Network 601100129646220 | 00020176006774634 |
| 06/26 | 1,189.06 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020177012921946 |
| 06/26 | 9.70 | Corporate ACH Settlement American Express 3211657184 | 00020177011169054 |
| 06/29 | 43.53 | Corporate ACH Settlement American Express 3211657184 | 00020178005457180 |
| 06/29 | 1,938.93 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020181010604021 |
| 06/29 | 1,441.79 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020181009000295 |
| 06/29 | 1,314.11 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020181010604270 |
| 06/29 | 404.25 | Corporate ACH Settlement American Express 3211657184 | 00020181009414424 |
| 06/30 | 2,394.00 | Corporate ACH Deposit BofA Merch Svcs 372596746886 | 00020181013934959 |
| 06/30 | 85.71 | Corporate ACH Settlement American Express 3211657184 | 00020181011791749 |

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---:|---|---|
| 06/10 | 21,613.75 | Account Transfer From   0000005500359661 | CHHATRALA GRAND |

# Corporate Business

For 24-hour account information, sign-on to pnc.com/mybusiness/

**For the Period 05/30/2020 to 06/30/2020**
Chhatrala Grand Rapids #19-03908
Primary Account Number ████5-1838
Page 5 of 5

Corporate Business Account Number: ████-1838 - continued

## Checks and Other Deductions

### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/23 | 11425 * | 46.40 | 084883148 | 06/15 | 11486 | 70.21 | 084435604 | 06/10 | 50241 | 246.10 | 086349106 |
| 06/08 | 11426 | 32.00 | 083890807 | 06/15 | 11487 | 84.67 | 084147140 | 06/09 | 50242 | 362.10 | 085430936 |
| 06/01 | 11452 * | 271.51 | 085097664 | 06/16 | 11488 | 270.96 | 085607163 | 06/09 | 50243 | 557.53 | 085551416 |
| 06/03 | 11465 * | 375.13 | 075552005 | 06/16 | 11489 | 200.07 | 085250693 | 06/09 | 50244 | 573.56 | 085562099 |
| 06/03 | 11466 | 147.16 | 085888563 | 06/17 | 11490 | 39.00 | 085670735 | 06/08 | 50245 | 520.61 | 084012800 |
| 06/04 | 11467 | 130.64 | 076894990 | 06/19 | 11491 | 2,751.05 | 086836245 | 06/09 | 50246 | 974.24 | 085194671 |
| 06/10 | 11469 * | 5,973.00 | 086320527 | 06/15 | 11492 | 331.31 | 084247972 | 06/09 | 50247 | 546.07 | 085430937 |
| 06/04 | 11470 | 2,246.72 | 083225132 | 06/16 | 11493 | 3,438.81 | 085012303 | 06/09 | 50248 | 332.01 | 085430935 |
| 06/02 | 11471 | 367.53 | 085403834 | 06/12 | 11494 | 1,095.20 | 046315241 | 06/24 | 50249 | 234.66 | 085377773 |
| 06/16 | 11472 | 223.06 | 085087540 | 06/15 | 11495 | 188.90 | 084055754 | 06/08 | 50250 | 485.17 | 084758852 |
| 06/16 | 11473 | 355.18 | 085607162 | 06/19 | 11496 | 1,964.64 | 086841127 | 06/08 | 50251 | 1,265.47 | 084159300 |
| 06/09 | 11474 | 711.00 | 085430406 | 06/24 | 11499 * | 113.17 | 005646132 | 06/23 | 50252 | 648.04 | 085173174 |
| 06/10 | 11475 | 95.00 | 085872305 | 06/24 | 11501 * | 495.47 | 005646131 | 06/23 | 50253 | 350.06 | 084883153 |
| 06/12 | 11476 | 352.76 | 083576622 | 06/26 | 11502 | 4,455.54 | 086813282 | 06/25 | 50254 | 557.54 | 086231200 |
| 06/05 | 11477 | 1,649.77 | 047079387 | 06/16 | 50037 * | 72.03 | 085067789 | 06/24 | 50255 | 573.55 | 085384379 |
| 06/15 | 11478 | 74.62 | 084237120 | 06/15 | 50194 * | 183.75 | 084566032 | 06/22 | 50256 | 513.24 | 083557303 |
| 06/12 | 11479 | 1,359.68 | 083168005 | 06/08 | 50198 * | 75.12 | 083897338 | 06/23 | 50257 | 826.79 | 084681323 |
| 06/08 | 11480 | 278.98 | 003930416 | 06/08 | 50208 * | 37.17 | 084226571 | 06/23 | 50258 | 490.74 | 084883156 |
| 06/15 | 11481 | 63.44 | 084162022 | 06/09 | 50209 | 257.53 | 085256387 | 06/23 | 50259 | 419.69 | 084883155 |
| 06/15 | 11482 | 66.48 | 084048878 | 06/08 | 50211 * | 73.82 | 083897569 | 06/24 | 50260 | 592.97 | 085377774 |
| 06/15 | 11483 | 74.62 | 084243033 | 06/08 | 50214 * | 79.41 | 084758853 | 06/22 | 50261 | 485.15 | 084032847 |
| 06/15 | 11484 | 21,613.75 | 084490544 | 06/22 | 50240 * | 38.70 | 084128807 | 06/22 | 50262 | 1,160.85 | 084240374 |
| 06/15 | 11485 | 987.47 | 072279136 | | | | | | | | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/02 | 902.14 | Corporate ACH Leasechg Ascentiumcapital 61459 | 00020154007170859 |
| 06/02 | 687.27 | Corporate ACH Lease Pmt Hpfservi4 7603 509234830 | 00020153015037079 |
| 06/03 | .34 | Corporate ACH Settlement Discover Network 601100129646220 | 00020154010445067 |
| 06/04 | 1,720.74 | Corporate ACH Lease Pmt Hpfservi4 7603 509275835 | 00020155004782943 |
| 06/05 | 5,187.56 | ACH Debit XXXXXX8500 Payit Llc | 00020157002130532 |
| 06/05 | 493.94 | ACH Debit XXXXXX8500 Payit Llc | 00020157002130534 |
| 06/05 | 52.40 | ACH Debit XXXXXX8500 Payit Llc | 00020157002130533 |
| 06/12 | 2,644.69 | ACH Web-Single 800477474 Dte Energy | 00020164006545274 |
| 06/15 | 3,736.29 | Corporate ACH Payment Mi Business Tax Smibus003799561 | 00020167010943728 |
| 06/19 | 12,355.00 | Corporate ACH Payment Quarterly Fee 0000 | 00020170009230354 |
| 06/22 | 429.03 | Corporate ACH 1014179427 Booking.Com B.V. 10000702985943 | 00020171001431414 |
| 06/23 | 687.27 | Corporate ACH Lease Pmt Hpfservi4 7603 509275836 | 00020174008641403 |
| 06/30 | 15,831.44 | ACH Tel-Single Energybill Consumers Energy 100040938951 | 00020181015314239 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/03 | 19,312.54 | Wire Transfer Out 2063D4601R9M862S | W2063D4601R9M862S |
| 06/17 | 21,658.16 | Wire Transfer Out 206Hc495902S7Dfg | W206HC495902S7DFG |
| 06/30 | 320.22 | Corporate Account Analysis Charge | 0000000000000023877 |

Member FDIC        Equal Housing Lender

# 375 Chhatrala Grand Rapids LLC
## Cash Reconciliation
### Transfer Account
### 6/30/2020

| | | |
|---|---:|---|
| Bank Statement Balance | 149,910.66 | |
| Deposits In Transit | 0.00 | |
| | 149,910.66 | **SubTotal** |
| Outstanding Checks | 2,083.03 | |
| | 147,827.63 | **Bank Statement Balance** |
| GL Cash Account Balance | 139,073.86 | |
| | 8,753.77 | **Difference** |

### Deposits in Transit    Excluded

### Cleared Deposits    Excluded

### Outstanding Checks

| Check # | Type | Amount | Description | | Date |
|---|---|---:|---|---|---|
| 011497 | Regular | 1,317.20 | Helms Briscoe Perfromance Group Inc | | 6/19/2020 |
| 011498 | Regular | 43.00 | Jennifer Majdan | | 6/19/2020 |
| 011500 | Regular | 50.00 | Marisol Duque | | 6/19/2020 |
| 011503 | Regular | 94.83 | Vicki Kloska | | 6/19/2020 |
| 011504 | Regular | 50.00 | Vidal White JR | | 6/19/2020 |
| 011505 | Regular | 160.47 | American Gas and Oil, Inc. | | 6/29/2020 |
| 011506 | Regular | 367.53 | WM Compactor Solutions INC. | | 6/29/2020 |
| | | 2,083.03 | | | |

### Cleared Checks

| Check # | Type | Amount | Description | | Date |
|---|---|---:|---|---|---|
| 000110 | ACH | 493.94 | City of Grand Rapids Treasurer | | 6/5/2020 |
| 000111 | ACH | 52.40 | City of Grand Rapids Treasurer | | 6/5/2020 |
| 000112 | ACH | 5,187.56 | City of Grand Rapids Treasurer | | 6/5/2020 |
| 000113 | ACH | 2,644.69 | DTE Energy | | 6/11/2020 |
| 000114 | ACH | 3,736.29 | State of Michigan | | 6/15/2020 |
| 000115 | ACH | 12,355.00 | U.S. Trustees Payment Center | | 6/18/2020 |
| 000116 | ACH | 15,831.44 | Consumers Energy | | 6/29/2020 |
| 010002 | Regular | 50.00 | Dylan Stretch | **VOIDED** | 7/26/2018 |
| 010641 | Regular | 8.89 | Amber Blett | **VOIDED** | 3/7/2019 |
| 011316 | Regular | 50.00 | Chamona Rodriguez | **VOIDED** | 2/28/2020 |
| 011392 | Regular | 74.62 | Mood Media | **VOIDED** | 4/3/2020 |
| 011425 | Regular | 46.40 | Hamoud Shaheed | | 4/30/2020 |
| 011426 | Regular | 32.00 | Kent County Health Dept. | | 4/30/2020 |
| 011452 | Regular | 271.51 | Arrowaste Inc. | | 5/14/2020 |
| 011460 | Regular | 12,355.00 | U.S. Trustees Payment Center | **VOIDED** | 5/14/2020 |
| 011465 | Regular | 375.13 | ADP, LLC | | 5/28/2020 |

Run on 7/12/2020 at 2:25:46 PM                                                    Page 1

# 375 Chhatrala Grand Rapids LLC
## Cash Reconciliation
### Transfer Account
### 6/30/2020

| Check # | Type | Amount | Payee | Date |
|---|---|---:|---|---|
| 011466 | Regular | 147.16 | American Gas and Oil, Inc. | 5/28/2020 |
| 011467 | Regular | 130.64 | InnerWorkings | 5/28/2020 |
| 011469 | Regular | 5,973.00 | Petra Risk Solutions | 5/28/2020 |
| 011470 | Regular | 2,246.72 | Sonifi Solutions, Inc | 5/28/2020 |
| 011471 | Regular | 367.53 | WM Compactor Solutions INC. | 5/28/2020 |
| 011472 | Regular | 223.06 | American Gas and Oil, Inc. | 6/5/2020 |
| 011473 | Regular | 355.18 | Arrowaste Inc. | 6/5/2020 |
| 011474 | Regular | 711.00 | Hospitality WIFI | 6/5/2020 |
| 011475 | Regular | 95.00 | Lifestyles Media Group LLC | 6/5/2020 |
| 011476 | Regular | 352.76 | M3 Accounting Services. Inc. | 6/5/2020 |
| 011477 | Regular | 1,649.77 | Marshall Hotels & Resorts Inc. | 6/5/2020 |
| 011478 | Regular | 74.62 | Mood Media | 6/5/2020 |
| 011479 | Regular | 1,359.68 | Otis Elevator Company | 6/5/2020 |
| 011480 | Regular | 278.98 | Petty Cash | 6/5/2020 |
| 011481 | Regular | 63.44 | Pitney Bowes Inc. | 6/5/2020 |
| 011482 | Regular | 66.48 | Travelliance | 6/5/2020 |
| 011483 | Regular | 74.62 | Mood Media | 6/8/2020 |
| 011484 | Regular | 21,613.75 | Steinberg Shapiro & Clark | 6/10/2020 |
| 011485 | Regular | 987.47 | ADP, LLC | 6/11/2020 |
| 011486 | Regular | 70.21 | Airgas National Carbonation | 6/11/2020 |
| 011487 | Regular | 84.67 | Airgas USA, LLC | 6/11/2020 |
| 011488 | Regular | 270.96 | Arrowaste Inc. | 6/11/2020 |
| 011489 | Regular | 200.07 | AT&T | 6/11/2020 |
| 011490 | Regular | 39.00 | Cozzini Bros., Inc. | 6/11/2020 |
| 011491 | Regular | 2,751.05 | Experience Grand Rapids | 6/11/2020 |
| 011492 | Regular | 331.31 | Intermedia.Net Inc | 6/11/2020 |
| 011493 | Regular | 3,438.81 | Kent County Treasurer | 6/11/2020 |
| 011494 | Regular | 1,095.20 | Marshall Hotels & Resorts Inc. | 6/11/2020 |
| 011495 | Regular | 188.90 | Sonifi Solutions, Inc | 6/11/2020 |
| 011496 | Regular | 1,964.64 | TDS | 6/11/2020 |
| 011499 | Regular | 113.17 | Karl Knieling | 6/19/2020 |
| 011501 | Regular | 495.47 | Petty Cash | 6/19/2020 |
| 011502 | Regular | 4,455.54 | Sonifi Solutions, Inc | 6/19/2020 |
| | | **93,296.22** | | |

**Cash Account Adjustments**   Excluded

#375 Crowne Plaza, Grand Rapids, MI  
May 2020  
#1080  
Acquisition Date 7/1/2018  

PNC Bank  
Acct # ████9207  
Routing #054000030  

| # | Beginning Balance | Site Drafts | Site Draft CK Numbers | x | Date | Payee | JE | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 35,431.88 | (250.00) | 5092 | x | | Joshua P Schumaker | | Monthly fee (208590) | | | 35,181.88 |
| 2 | | (402.91) | 5093 | x | | Huntington National Bank | | | | | 34,778.97 |
| 3 | | (309.12) | 5094 | x | | Cadillac Coffee Company | | | | | 34,469.85 |
| 4 | | (109.92) | 5095 | x | | Gordon Food Service | | | | | 34,359.93 |
| 5 | | (250.00) | 5096 | x | | Joshua P Schumaker | | | | | 34,109.93 |
| 6 | | | | | | | | | | | 34,109.93 |
| 7 | | | | | | | | | | | 34,109.93 |
| 8 | | | | | | | | | | | 34,109.93 |
| 9 | | | | | | | | | | | 34,109.93 |
| 10 | | | | | | | | | | | 34,109.93 |
| 11 | | | | | | | | | | | 34,109.93 |
| 12 | | | | | | | | | | | 34,109.93 |
| 13 | | | | | | | | | | | 34,109.93 |
| 14 | | | | | | | | | | | 34,109.93 |
| 15 | | | | | | | | | | | 34,109.93 |
| 16 | | | | | | | | | | | 34,109.93 |
| 17 | | | | | | | | | | | 34,109.93 |
| 18 | | | | | | | | | | | 34,109.93 |
| 19 | | | | | | | | | | | 34,109.93 |
| 20 | | | | | | | | | | | 34,109.93 |
| 21 | | | | | | | | | | | 34,109.93 |
| 22 | | | | | | | | | | | 34,109.93 |
| 23 | | | | | | | | | | | 34,109.93 |
| 24 | | | | | | | | | | | 34,109.93 |
| 25 | | | | | | | | | | | 34,109.93 |
| 26 | | | | | | | | | | | 34,109.93 |
| 27 | | | | | | | | | | | 34,109.93 |
| 28 | | | | | | | | | | | 34,109.93 |
| 29 | | | | | | | | | | | 34,109.93 |
| 30 | | | | | | | | | | | 34,109.93 |
| 31 | | | | | | | | | Corp Account Analysis Charge | | (52.05) | 34,057.88 |
| Total | | 35,431.88 | (1,321.95) | | | | | | - | (52.05) | 34,057.88 |

O/S checks  -  
        34,057.88  
Bk Stmt Bal 5/29/2020  34,057.88  
Difference  -  

Page 1 of 1                6/4/2020 3:23 PM

# Corporate Business
PNC Bank

**PNC BANK**

For the Period 05/01/2020 to 05/29/2020

Primary Account Number: ▇▇▇▇9207
Page 1 of 2
Number of enclosures: 0

CHHATRALA GRAND RAPIDS #19-03908
DBA CROWNE PLAZA GRAND RAPIDS
DEBTOR IN POSSESSION
1315 S DIVISION ST
SALISBURY MD 21804

- For 24-hour banking sign on to PNC Bank Online Banking on pnc.com
- FREE Online Bill Pay

For customer service call 1-800-669-1518
Monday - Friday: 7:30 AM - 8 PM ET
Saturday & Sunday: CLOSED

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

- Write to: Customer Service
  PO Box 609
  Pittsburgh, PA  15230-9738
- Visit us at PNC.com/treasury
- TDD terminal: 1-800-531-1648
  For hearing impaired clients only

## Cyber Security Awareness

Do you know what to do if you receive a fraudulent email, text or phone call that appears to come from PNC? Forward the message to PNC at abuse@pnc.com. If you responded to a fraudulent text or email, clicked on a link, opened an attachment and/or disclosed personal information, immediately change your online banking password, using another device if possible. Then contact PNC Bank's Online Banking Team at 1-800-762-2035, select 1 for personal account or 2 for a business account, then select option 3.

## Corporate Business Summary
Account number: ▇▇▇▇9207

Chhatrala Grand Rapids #19-03908
DBA Crowne Plaza Grand Rapids
Debtor In Possession

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 35,431.88 | .00 | 1,374.00 | 34,057.88 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 5 | 1,321.95 |
| Other Deductions | 1 | 52.05 |
| Total | 6 | 1,374.00 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/01 | 35,431.88 | 05/11 | 34,872.76 | 05/22 | 34,109.93 |
| 05/07 | 35,181.88 | 05/14 | 34,469.85 | 05/29 | 34,057.88 |

# Corporate Business

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 05/01/2020 to 05/29/2020
Chhatrala Grand Rapids #19-03908
Primary Account Number: ▉-9207
Page 2 of 2

Corporate Business Account Number: ▉9207 - continued

## Activity Detail

### Checks and Other Deductions

**Checks and Substitute Checks**   * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/07 | 5092 * | 250.00 | 084369622 | 05/11 | 5094 | 309.12 | 005703061 | 05/22 | 5096 | 250.00 | L084097788 |
| 05/14 | 5093 | 402.91 | 083706242 | 05/22 | 5095 | 109.92 | 071844619 | | | | |

**Other Deductions**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/29 | 52.05 | Corporate Account Analysis Charge | 0000000000000024369 |

Member FDIC             Equal Housing Lender

# 375 Chhatrala Grand Rapids LLC
## Cash Reconciliation
### PNC Manager's Account
### 5/31/2020

| | | |
|---|---:|---|
| Bank Statement Balance | 34,057.88 | |
| Deposits In Transit | 0.00 | |
| | 34,057.88 | **SubTotal** |
| Outstanding Checks | 0.00 | |
| | 34,057.88 | **Bank Statement Balance** |
| GL Cash Account Balance | 34,109.93 | |
| | -52.05 | **Difference** |

**Deposits in Transit**   Excluded

**Cleared Deposits**   Excluded

**Outstanding Checks**

| Check # | Type | Amount | Description | Date |
|---|---|---|---|---|
| | | | | |

**Cleared Checks**

| Check # | Type | Amount | Description | Date |
|---|---|---:|---|---|
| 005092 | Manual | 250.00 | Joshua P. Schumaker | 5/31/2020 |
| 005093 | Manual | 402.91 | Huntington National Bank | 5/31/2020 |
| 005094 | Manual | 309.12 | Cadillac Coffee Company | 5/31/2020 |
| 005095 | Manual | 109.92 | Gordon Food Service, Inc. | 5/31/2020 |
| 005096 | Manual | 250.00 | Joshua P. Schumaker | 5/31/2020 |
| | | 1,321.95 | | |

**Cash Account Adjustments**   Excluded

# Transfer Account
## 375 Chhatrala Grand Rapids LLC
### Check Register
From 6/1/2020 to 6/30/2020

| Date | Vendor | Type | Number | Amount |
|---|---|---|---|---:|
| 6/5/2020 | City of Grand Rapids Treasurer | ACH | 000110 | 493.94 |
| 6/5/2020 | City of Grand Rapids Treasurer | ACH | 000111 | 52.40 |
| 6/5/2020 | City of Grand Rapids Treasurer | ACH | 000112 | 5,187.56 |
| 6/5/2020 | American Gas and Oil, Inc. | Regular | 011472 | 223.06 |
| 6/5/2020 | Arrowaste Inc. | Regular | 011473 | 355.18 |
| 6/5/2020 | Hospitality WIFI | Regular | 011474 | 711.00 |
| 6/5/2020 | Lifestyles Media Group LLC | Regular | 011475 | 95.00 |
| 6/5/2020 | M3 Accounting Services. Inc. | Regular | 011476 | 352.76 |
| 6/5/2020 | Marshall Hotels & Resorts Inc. | Regular | 011477 | 1,649.77 |
| 6/5/2020 | Mood Media | Regular | 011478 | 74.62 |
| 6/5/2020 | Otis Elevator Company | Regular | 011479 | 1,359.68 |
| 6/5/2020 | Petty Cash | Regular | 011480 | 278.98 |
| 6/5/2020 | Pitney Bowes Inc. | Regular | 011481 | 63.44 |
| 6/5/2020 | Travelliance | Regular | 011482 | 66.48 |
| 6/8/2020 | Mood Media | Regular | 011483 | 74.62 |
| 6/10/2020 | Steinberg Shapiro & Clark | Regular | 011484 | 21,613.75 |
| 6/11/2020 | DTE Energy | ACH | 000113 | 2,644.69 |
| 6/11/2020 | ADP, LLC | Regular | 011485 | 987.47 |
| 6/11/2020 | Airgas National Carbonation | Regular | 011486 | 70.21 |
| 6/11/2020 | Airgas USA, LLC | Regular | 011487 | 84.67 |
| 6/11/2020 | Arrowaste Inc. | Regular | 011488 | 270.96 |
| 6/11/2020 | AT&T | Regular | 011489 | 200.07 |
| 6/11/2020 | Cozzini Bros., Inc. | Regular | 011490 | 39.00 |
| 6/11/2020 | Experience Grand Rapids | Regular | 011491 | 2,751.05 |
| 6/11/2020 | Intermedia.Net Inc | Regular | 011492 | 331.31 |
| 6/11/2020 | Kent County Treasurer | Regular | 011493 | 3,438.81 |
| 6/11/2020 | Marshall Hotels & Resorts Inc. | Regular | 011494 | 1,095.20 |
| 6/11/2020 | Sonifi Solutions, Inc | Regular | 011495 | 188.90 |
| 6/11/2020 | TDS | Regular | 011496 | 1,964.64 |
| 6/15/2020 | State of Michigan | ACH | 000114 | 3,736.29 |
| 6/18/2020 | U.S. Trustees Payment Center | ACH | 000115 | 12,355.00 |
| 6/19/2020 | Helms Briscoe Perfromance Group Inc | Regular | 011497 | 1,317.20 |
| 6/19/2020 | Jennifer Majdan | Regular | 011498 | 43.00 |
| 6/19/2020 | Karl Knieling | Regular | 011499 | 113.17 |
| 6/19/2020 | Marisol Duque | Regular | 011500 | 50.00 |
| 6/19/2020 | Petty Cash | Regular | 011501 | 495.47 |
| 6/19/2020 | Sonifi Solutions, Inc | Regular | 011502 | 4,455.54 |
| 6/19/2020 | Vicki Kloska | Regular | 011503 | 94.83 |
| 6/19/2020 | Vidal White JR | Regular | 011504 | 50.00 |
| 6/29/2020 | Consumers Energy | ACH | 000116 | 15,831.44 |
| 6/29/2020 | American Gas and Oil, Inc. | Regular | 011505 | 160.47 |
| 6/29/2020 | WM Compactor Solutions INC. | Regular | 011506 | 367.53 |
| | | | | **85,789.16** |