UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

CHHATRALA GRAND RAPIDS, LLC[1],

    Debtor.

_____)

Chapter 11
Case No. 19-03908-jtg
Hon. John T. Gregg
(Jointly Administered)

## LIQUIDATING TRUSTEE'S NOTICE OF SATISFACTION OF EFFECTIVE DATE CONDITIONS

Homer W. McClarty, Liquidating Trustee in the above captioned matter, through his counsel, Steinberg Shapiro & Clark, states as follows:

1. Pursuant to Section 11 of the Order Confirming Plan entered by the Court on May 8, 2020 [docket no. 359], the reorganized Debtors were required to "file a certification with the Court when the Effective Date conditions have either been satisfied or waived by the Debtor."

2. Pursuant to Section 9.2 of the reorganized Fourth Amended Debtors' Joint Plan of Liquidation [docket no. 345] (hereafter the "Confirmed Plan"),

**Conditions to the Effective Date**. The following are conditions precedent to the occurrence of the Effective Date, each of which must be satisfied or waived in writing by the Debtors.

    (a) The Confirmation Order shall have been entered in a form and substance satisfactory to the Debtors and Buyer;
    (b) The Confirmation Order shall not have been stayed, vacated, reversed or modified;
    (c) The Closing Date for the Sale to Buyer shall have occurred; and
    (d) All material documents and agreements necessary to implement the Plan, including the APA, shall have been effected or executed.

---

[1] The Debtors in these jointly administered proceedings are: Chhatrala Grand Rapids, LLC; and Bhogal Enterprises, LLC, Case No. 19-03909.

3. All the conditions precedent to the occurrence of the Effective Date were satisfied when the closing of the sale of substantially all of the Debtors' property occurred on July 9, 2020.

4. The undersigned failed to record the notice required under Section 11 of the Order Confirming Plan when the sale was consummated on July 9, 2020, but seeks to file the present Notice, effective to the July 9, 2020 date the Notice should have been filed.

STEINBERG SHAPIRO & CLARK

 /s/  Mark H. Shapiro (P43134)
Attorneys for Liquidating Trustee
25925 Telegraph Road, Suite 203
Southfield, MI 48033
248-352-4700
shapiro@steinbergshapiro.com

Date:  September 17, 2020