UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

CHHATRALA GRAND RAPIDS, LLC[1],

    Debtor.

_____)

Chapter 11
Case No. 19-03908-jtg
Hon. John T. Gregg
(Jointly Administered)

## LIQUIDATING TRUSTEE'S NOTICE OF PLAN EFFECTIVE DATE

Homer W. McClarty, Liquidating Trustee in the above captioned matter, through his counsel, Steinberg Shapiro & Clark, states as follows:

1. Pursuant to Section 21 of the Order Confirming Plan entered by the Court on May 8, 2020 [docket no. 359], the "[t]he Liquidating Trustee shall file with the Court a Notice of the Plan Effective Date. The Notice shall be filed within three (3) days of the occurrence of the Effective Date."

2. Pursuant to Article I, Section 1.1 (39) of the reorganized Fourth Amended Debtors' Joint Plan of Liquidation [docket no. 345] (hereafter the "Confirmed Plan"),

> *"Effective Date"* means 90 Days after all of the conditions specified in this Plan have been satisfied or waived by the Debtors (to the extent such conditions are subject to waiver).

3. Per the "Liquidating Trustee's Notice of Satisfaction of Effective Date Conditions" filed with the Court on September 17, 2020, all the conditions precedent to the occurrence of the Effective Date were satisfied when the closing of the sale of substantially all of the Debtors' property occurred on July 9, 2020.

---

[1] The Debtors in these jointly administered proceedings are: Chhatrala Grand Rapids, LLC; and Bhogal Enterprises, LLC, Case No. 19-03909.

4. The ninety (90) day period after July 9, 2020 concluded on October 7, 2020.

**THEREFORE**, and in accordance with Section 21 of the Order Confirming Plan entered by the Court on May 8, 2020, Homer W. McClarty, Liquidating Trustee in the above-captioned confirmed Chapter 11 proceedings files the present Notice of the Plan Effective Date.

|  |  |
|---|---|
|  | STEINBERG SHAPIRO & CLARK |
|  | /s/ Mark H. Shapiro (P43134)<br>Attorneys for Liquidating Trustee<br>25925 Telegraph Road, Suite 203<br>Southfield, MI 48033<br>248-352-4700 |
| Date: October 9, 2020 | shapiro@steinbergshapiro.com |